Hon. Karen A. Overstreet
Chapter: 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re: | NO. 12-18366-KAO |
| CASCADE AG SERVICES, INC., | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| Debtor. | |

COMES NOW debtor Cascade Ag Services, Inc. and hereby gives notice that John R. Rizzardi, will be unavailable to respond to all motions, meetings or other formal action from June 18, 2013 through June 26, 2013, inclusive.

Debtor formally requests that no formal Court action, including hearings, motions, conference calls or other matters in the above-referenced case be noted or set between the dates of June 18, 2013 through June 26, 2013, or immediately thereafter, so as to preclude adequate preparation.

Counsel's extension of courtesy in this regard will be greatly appreciated. Thank you for your attention and cooperation.

///

///

NOTICE OF UNAVAILABILITY OF COUNSEL - 1

CAIRNCROSS & HEMPELMANN,
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

{02275275.DOCX;1}

1   DATED this 16th day of May, 2013.

2                                   CAIRNCROSS & HEMPELMANN, P.S.

3

4                                   /s/   *John R. Rizzardi*
                                    John R. Rizzardi, WSBA No. 9388
5                                   jrizzardi@cairncross.com
                                    Jessica Tsao, WSBA No. 44382
6                                   jtsao@cairncross.com
                                    524 Second Avenue, Suite 500
7                                   Seattle, WA 98104-2323
                                    Tel: (205) 587-0700
8                                   Fax: (206) 587-2308
                                    Attorneys for Debtor
9

NOTICE OF UNAVAILABILITY OF COUNSEL - 2

CAIRNCROSS & HEMPELMANN,
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{02275275.DOCX;1}
Case 12-18366-KAO   Doc 443   Filed 05/16/13   Ent. 05/16/13 15:56:45   Pg. 2 of 2