**Below is the Order of the Court.**

_/s/ Karen A. Overstreet_
Karen A. Overstreet
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re<br><br>CASCADE AG SERVICES, INC.,<br><br> Debtor. | No. 12-18366-KAO<br><br>SCHEDULING ORDER FOR PROPOSED SALE OF CASCADE AG SERVICES, INC.'S ASSETS |

THIS MATTER having come before the Court on May 17, 2013 at the direction of the Court contained in the Order Granting Motions For Relief From Stay and Authorizing Cash Collateral [Docket No. 441] (the "Stay Relief Order") for Washington Federal, Columbia State Bank, and One PacificCoast Bank (the "Secured Lenders") to provide a proposal for a process to sell the Debtor's assets and the Court having heard the submission of the Secured Lenders, all of whom were granted relief from the automatic stay pursuant to the Stay Relief Order and the Court being fully advised, it is hereby

ORDERED, ADJUDGED AND DECREED that Red to Black Advisors LLC, which the Debtor will seek to employ as the Debtor's CRO, shall have complete and exclusive authority over the sale process subject only to further approvals of the Court as specified herein; and it is further

SCHEDULING ORDER FOR PURPOSED SALE OF
CASCADE AG SERVICES, INC.'S ASSETS - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

114934.0197/5678831.1

Case 12-18366-KAO    Doc 448    Filed 05/23/13    Ent. 05/23/13 10:40:23    Pg. 1 of 4

ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to continue to use cash collateral through July 31, 2013 in accordance with the budget approved by the Court at Docket No. 382 (the "Existing Budget"), except that the line items in the Existing Budget for professional fees shall be struck; and it is further

ORDERED, ADJUDGED AND DECREED that the Debtor, after consulting with and obtaining the approval of the CRO may file a motion for additional use of cash collateral, including a proposed carve-out and proposed budgeted amounts for fees and costs of the CRO, the Debtor's counsel, committee counsel and other professionals retained at the direction of the CRO from May 10, 2013 through the date of the closing of the sale, and any other line items that the CRO determines should be modified from the Existing Budget; and it is further

ORDERED, ADJUDGED AND DECREED that by no later than May 31, 2013 the Debtor, after consulting with and obtaining the approval of the CRO, shall file a motion to approve sale procedures for the sale of the Debtor's assets and circulate sale procedures for sale of the Debtor's assets to all interested parties who have been identified as potential purchasers; and it is further

ORDERED ADJUDGED AND DECREED that the terms of the proposed sale procedures shall be as determined by the CRO and approved by the Court, except that the sale procedures shall require a sale to be conducted by no later than July 31, 2013 and the sale shall be subject to the rights of the Secured Lenders to make credit bids under 11 U.S.C. §363(k); and it is further

ORDERED, ADJUDGED AND DECREED that the Court shall hold a hearing no later than 9:30 a.m. June 28, 2013 on the Debtor's motion to approve sale procedures and/or any Stalking Horse bid selected by the CRO; and it is further

SCHEDULING ORDER FOR PURPOSED SALE OF
CASCADE AG SERVICES, INC.'S ASSETS - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

114934.0197/5678831.1

Case 12-18366-KAO    Doc 448    Filed 05/23/13    Ent. 05/23/13 10:40:23    Pg. 2 of 4

ORDERED, ADJUDGED AND DECREED that the results of any auction or sale shall be presented to the Court for approval in accordance with the sales procedures approved by the Court.

### End of Order ###

Presented by:

LANE POWELL PC

By /s/ *Charles R. Ekberg*
Charles R. Ekberg, WSBA No. 0342
Gregory R. Fox, WSBA No. 30559
Of Attorneys for Washington Federal

Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Phone: 206-223-7000

APPROVED FOR ENTRY; NOTICE OF PRESENTATION WAIVED:

FOSTER PEPPER PLLC

By /s/ *Deborah A. Crabbe*
Deborah A. Crabbe, WSBA No. 22264
Of Attorneys for Columbia State Bank

BALL JANIK LLP

By /s/ *Brad T. Summers*
Brad T. Summers, WSBA No. 35281
Of Attorneys for One PacificCoast Bank

SCHEDULING ORDER FOR PURPOSED SALE OF
CASCADE AG SERVICES, INC.'S ASSETS - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

114934.0197/5678831.1

Case 12-18366-KAO    Doc 448    Filed 05/23/13    Ent. 05/23/13 10:40:23    Pg. 3 of 4

| | |
|---|---|
| 1 | SCHWABE WILLIAMSON & WYATT |
| 2 | |
| 3 | |
| 4 | By /s/ *Richard Birinyi* |
| 5 | Richard Birinyi, WSBA No. 9212<br>Of Attorneys for Official Committee of Unsecured Creditors |
| 6 | |
| 7 | CAIRNCROSS & HEMPLEMANN, P.S. |
| 8 | |
| 9 | By /s/ *John R. Rizzardi* |
| 10 | John R. Rizzardi, WSBA No. 9388<br>Of Attorneys for the Debtor |

SCHEDULING ORDER FOR PURPOSED SALE OF
CASCADE AG SERVICES, INC.'S ASSETS - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

114934.0197/5678831.1