THE HONORABLE KAREN A. OVERSTREET
Chapter 11
Date: August 20, 2013
Time: 9:30 a.m.
Location: Seattle
Response Date: August 6, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re<br><br>CASCADE AG SERVICES, INC.,<br><br>Debtor. | No. 12-18366-KAO<br><br>WASHINGTON FEDERAL'S RESPONSE TO AMENDED MOTION FOR APPROVAL OF SALE TO TRIAK HOLDINGS, LLC AND RESERVATION OF RIGHTS |

COMES NOW Washington Federal, a secured creditor of the Debtor and for response to the Debtor's Amended Motion for Approval of Sale of Substantially All Assets of Free and Clear of Liens [1] (the "Motion") responds and states as follows:

1. Washington Federal supports the Motion to sell the Debtor's assets to Pleasant Valley Farms, LLC, formerly known as Triak Holdings, LLC, the "Winning Bidder" at the auction conducted on July 30, 2013, as reported in the Sales Agent's Auction Report[2].

2. Washington Federal reserves all rights to contest the Sales Agent's designation of OND Farms, LLC as an Alternative Bidder because at the conclusion of the auction, the Sales Agent announced that the component bids received from

---

[1] [Clerk's Docket No. 536].

[2] [Clerk's Docket No. 554]. The Asset Purchase Agreement identifies Triak Holdings as the Purchaser, but the Agreement is signed by Pleasant Valley Farms, LLC

WASH. FED.'S RESPONSE TO AMENDED MOTION FOR APPROVAL OF SALE TO TRIAK AND RESERVATION OF RIGHTS - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

114934.0197/5785530.1

Kruger, One PacificCoast Bank, Washington Federal and Columbia State Bank (the "Component Bid") was the Alternative Bid. To the extent it becomes necessary to determine the Alternative Bid, in the event the sale to the Winning Bidder is not approved or does not close, Washington Federal reserves the right to argue the Component Bid is the Alternative Bid.

RESPECTFULLY SUBMITTED this 6th day of August, 2013

LANE POWELL PC

By /s/ Charles R. Ekberg
Charles R. Ekberg, WSBA No. 342
Gregory R. Fox, WSBA No. 30559
Attorneys for Washington Federal

WASH. FED.'S RESPONSE TO AMENDED MOTION FOR APPROVAL OF SALE TO TRIAK AND RESERVATION OF RIGHTS - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

114934.0197/5785530.1

Case 12-18366-KAO    Doc 560    Filed 08/06/13    Ent. 08/06/13 15:28:50    Pg. 2 of 2