Honorable Karen A. Overstreet
Chapter 11
Location: Seattle, WA
Hearing Date: August 20, 2013
Hearing Time: 9:30 a.m.
Response Date: August 6, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

CASCADE AG SERVICES, INC.
*dba* Pleasant Valley Farms
*fdba* Mountain View Produce, Inc.
*fdba* Staffanson Harvesting LLC
*fdba* Sterling Investment Group, L.L.C.

                                        Debtor.

CASE NO. 12-18366-KAO

COLUMBIA STATE BANK'S
RESPONSE TO AUCTION REPORT
AND SALE OF ASSETS

COMES NOW COLUMBIA STATE BANK ("Columbia"), by and through its attorneys

Foster Pepper PLLC and Deborah A. Crabbe, who submits this response to the Auction Report and

to the Sale of the assets of debtor Cascade Ag Services, Inc., ("Cascade Ag") *dba* Pleasant Valley

Farms ("Pleasant Valley"), *fdba* Mountain View Produce, Inc. ("Mountain View"), *fdba*

Staffanson Harvesting LLC ("Staffanson"), *fdba* Sterling Investment Group, L.L.C. ("Sterling"

and collectively with Cascade Ag, Pleasant Valley, Staffanson and Sterling "Debtor") pursuant

to the Auction conducted on July30, 2013.  Capitalized terms used herein shall have the meaning

set forth in the Auction Report at Dkt No. 554 and the Sales Procedures.

RESPONSE    - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51314019.1

1         1.      Columbia supports the Auction of substantially all of the Debtor's assets to Triak

Holdings, LLC for the sum of $4,135,000 in accordance with the bidding process that took place

at that Auction conducted on July 30, 2013 and as reported to the Court in the Auction Report

dated August 1, 2013. *See* Dkt No. 554.

        2.      Columbia does not agree with the contention set forth in the Auction Report that

additional analysis is required to determine which Alternative Bidder presented the higher and

better bid. *See* Auction Report, ¶¶ 9-11. At the Auction, the Sales Agent designated the

component bid of Kruger Foods, Inc., Columbia, One PacificCoast Bank ("OPCB") and

Washington Federal as the first Alternative Bidder (collectively the "Component Bid'). The

component bid was for $4,085,000 for all of the Debtor's equipment, inventory and accounts

receivable and did not include a bid for the Debtor's real property. The second Alternative

Bidder, OND Farms LLC ("OND"), bid $3,817,000 for substantially all of the Debtor's assets.

Thus, it is entirely unclear (1) what has changed since the Component Bid was designated the

first Alternative Bidder by the Sales Agent and (2) how the OND bid could be a "higher and

better bid" given that the dollar amount of the OND bid is less than the value of the Component

Bid. Moreover, the Component Bid left the Debtor's real property to be sold, which has the

effect of returning an even greater recovery for the estate, while the OND bid was inclusive of

the Debtor's real property.

        3.      Columbia has proposed changes to the form of Order (A) Authorizing and

Approving the Sale of Assets Free and Clear of all Liens, Claims, Encumbrances and Other

Interests, (b) Approving the Assumption and Assignment of the Assumed Executory Contracts

RESPONSE     - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51314019.1

Case 12-18366-KAO    Doc 562    Filed 08/06/13    Ent. 08/06/13 16:34:23    Pg. 2 of 3

and (c) Granting Related Relief (the "Order") for the Sale and reserves its rights with respect to final approval of the form of Order.

4. Columbia reserves all of its rights with respect to the allocation of the purchase price as between the secured claims of Columbia, OPCB and Washington Federal, in accordance with, and including but not limited to, Columbia's rights under its loan documents, under the terms of the Order and at law.

DATED this 6th day of August, 2013.

FOSTER PEPPER PLLC

/s/ Deborah A. Crabbe
Deborah A. Crabbe, WSBA #22263
Attorneys for Columbia State Bank

RESPONSE    - 3

51314019.1