

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

Whyte's Food Corp.

Los Angeles, CA 90005

Our File Number: 45616-001-DKC, Invoice: 336123

Please detach here and return upper portion with your payment
**********************************************************

Date: 04/09/13
Invoice: 336123

Re: WHYTE'S - CASCADE AG SERVICES, INC.

For Professional Services Rendered and Costs Advanced

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 03/01/13 | DKC: SEVERAL DISCUSSIONS/EMAILS WITH BETH KAWAJA AND JOHN RIZZARDI RE STATUS OF WHYTE'S OFFER; PULL RECENT PLEADINGS FROM COURT FILE (RE FEES, LEASES, MONTHLY REPORT) AND FORWARD TO BETH | 0.80 | 376.00 |
| 03/02/13 | DKC: RETRIEVE, REVIEW AND FORWARD RESPONSES FROM DEBTOR AND CREDITORS COMMITTEE TO MOTIONS FOR RELIEF FROM STAY | 0.40 | 188.00 |
| 03/04/13 | DKC: REVIEW AND ANALYZE VARIOUS COURT DOCUMENTS (RELIEF FROM STAY AND RESPONSES, FINANCIAL REPORTS), NUMEROUS EMAILS BETH KAWAJA AND JOHN RIZZARDI RE STATUS; OFFICE CONFERENCE WITH ATTORNEY TREPERINAS (NO CHARGE FOR .3 OF THAT) | 1.30 | 611.00 |
| 03/05/13 | DKC: VARIOUS EMAILS WITH BETH AND OTHERS AT WHYTE'S; WORK ON CLAIMS ANALYSIS (REVIEW CLAIMS ROSTER) AND EMAILS/DISCUSSIONS WITH DEBTOR'S COUNSEL RE SAME; DISCUSSION WITH LANDLORD'S COUNSEL RE OUTSTANDING CLAIMS ISSUES | 1.60 | 752.00 |
| 03/05/13 | DKC: REVIEW FILED PLEADINGS RELATED TO STAY RELIEF MOTIONS AND FORWARD SAME TO CLIENT; CONFER WITH DEBTOR'S COUNSEL RE SAME | 1.20 | 564.00 |
| 03/06/13 | DKC: WORK ON CASCADE AC ACQUISITION INCLUDING CONFERENCE CALL WITH CLIENTS, FOLLOWUP WITH BETH KAWAJA, DISCUSSIONS WITH ATTORNEYS | 4.50 | 2,115.00 |

**continued on next page**

# Exhibit A

Whyte's Food Corp.
04/09/13
PAGE 2

Client: 45616
Case: 001
Invoice: 336123

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | RIZZARDI, CRABBE AND SUMMERS; OFFICE CONFERNCE | | |
| 03/06/13 | GST: CONFERENCE CALL WITH WHYTE'S FOLKS AND DIANA CAREY. REVIEW VARIOUS EMAILS FROM/TO BETH, RIZZARDI AND DIANA. CONFERENCE CALL WITH DIANA AND RIZZARDI. VOICE MESSAGE TO SUMMERS. TELEPHONE CONFERENCE WITH BETH. TELEPHONE CONFERENCE WITH DIANA AND BRAD (TONY) SUMMERS COUNSEL FOR ONE PACIFIC. | 2.90 | 1,363.00 |
| 03/07/13 | DKC: COORDINATE REGARDING STAY RELIEF HEARING ON FRIDAY AND DEFENSES TO SAME | 0.30 | 141.00 |
| 03/07/13 | GST: REVIEW RELIEF FROM STAY PLEADINGS. EMAILS TO/FROM BETH. BEGIN PREPARATION FOR FRIDAY HEARING. | 2.80 | 1,316.00 |
| 03/08/13 | GST: PREPARE FOR HEARING. ATTEND HEARING. POST-HEARING CONFERENCE WITH BETH AND DEBTOR REPRESENTATIVES. CONFERENCE WITH BETH OVER LUNCH. CONFERENCE WITH BETH, MIKE NEWSOME AND FRANK BUHLER. | 7.00 | 3,290.00 |
| 03/11/13 | GST: EMAILS FROM/TO BETH AND DIANA. EMAILS FROM/TO RIZZARDI. TELEPHONE CONFERENCE WITH BETH. | 0.40 | 188.00 |
| 03/12/13 | DKC: DISCUSSION WITH ANDY ANDERSON; OFFICE CONFERENCE WITH ATTORNEY TREPERINAS | 0.60 | 282.00 |
| 03/12/13 | GST: TELEPHONE CONFERENCE WITH ANDY AND DIANA. | 0.60 | 282.00 |
| 03/13/13 | DKC: DISCUSSION WITH ANDY ANDERSON AND FOLLOWUP | 0.40 | 188.00 |
| 03/14/13 | DKC: DISCUSSION WITH CLYDE HAMSTREET AND EMAIL RE POTENTIAL CONFERENCE CALL | 0.30 | 141.00 |
| 03/15/13 | GST: TELEPHONE CALL FROM JENNIFER TSAO RE:COLUMBIA BANK'S DESIRE FOR A CONSENT AGREEMENT TO ALLOW COLUMBIA TO SPEAK TO WHYTE'S. | 0.30 | 141.00 |
| 03/18/13 | DKC: EMAILS BETH KAWAJA,CLYDE HAMSTREET AND ATTORNEY RIZZARDI RE STATUS, CONFERENCE CALL | 0.40 | 188.00 |
| 03/19/13 | DKC: COORDINATION OF CALL WITH FORMER CRO AND WHYTE'S; DISCUSSION WITH DEBTOR'S COUNSEL | 0.50 | 235.00 |
| 03/20/13 | DKC: CONFERENCE CALL WITH BETH AND PHILLIP; CONFERENCE CALL WITH BETH, CLYDE HAMSTREET AND GARY HAMILTON; FOLLOWUP; DISCUSSION WITH DEBTOR'S COUSNEL | 1.70 | 799.00 |

**continued on next page**

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | COLOR PRINTS | 45.00 |
| | COPIES | 51.15 |
| | LONG DISTANCE | 1.47 |
| | Total Current Costs | $97.62 |
| | Current Invoice Due | $16,782.62 |



Law Offices • Established 1904 • A Professional Service Corporation

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

Whyte's Food Corp.

Los Angeles, CA 90005

Our File Number: 45616-001-DKC, Invoice: 337233

Please detach here and return upper portion with your payment
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: 05/14/13
Re: WHYTE'S - CASCADE AG SERVICES, INC.                    Invoice: 337233

For Professional Services Rendered and Costs Advanced

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 04/02/13 | DKC: REVIEW AND FORWARD DEBTOR'S DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; VARIOUS EMAILS WITH WHYTE'S; CALL COLUMBIA ATTORNEY CRABBE | 1.40 | 658.00 |
| 04/02/13 | GST: REVIEW EMAILS FROM/TO DIANA AND CLIENT. SCAN DISCLOSURE STATEMENT. CONFERENCE WITH DIANA ON STATUS AND MANNERS OF PROCEEDING FOR WHYTE'S. | 0.40 | 188.00 |
| 04/03/13 | DKC: NUMEROUS EMAILS WITH WHYTE'S REGARDING STATUS OF PLAN; CONTINUE REVIEW OF SAME; DISCUSSIONS WITH ATTORNEY WEAVER (COUNSEL TO GROUND LESSOR) AND ATTORNEY EKBERG (WA FED COUNSEL); REVIEW NDA | 1.50 | 705.00 |
| 04/05/13 | DKC: EMAILS/CALLS RE CALLS TO BANKS REGARDING WHYTE'S INTEREST | 0.30 | 141.00 |
| 04/08/13 | DKC: CHECK ON STATUS OF BK FILINGS; EMAIL TO WHYTE'S RE STATUS, EXPECTATION AS TO HEARING DATES AND RESPONSES, ETC. | 0.60 | 282.00 |
| 04/09/13 | DKC: REVIEW AND FORWARD OBJECTIONS RE DEBTOR'S DISCLOSURE STATEMENT AND CASH COLLATERAL MOTION; ANALYZE SAME; DISCUSSION WITH ATTORNEY CRABBE RE COLUMBIA BANK'S POSITION | 0.90 | 423.00 |
| 04/10/13 | DKC: DISCUSSION WITH LEO ROSENBERGER AND EMAIL TO WHYTE'S RE SAME | 0.50 | 235.00 |
| 04/12/13 | DKC: REVIEW AND FORWARD PLEADINGS; DISCUSSION | 0.40 | 188.00 |

\*\*continued on next page\*\*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | WITH CLYDE HAMSTREET RE AUCTION PROCESS | | |
| 04/13/13 | DKC: REVIEW AND FORWARD PLEADINGS FROM DEBTOR RESPONDING TO OBJECTIONS | 0.40 | 188.00 |
| 04/15/13 | DKC: CONTINUED MONITORING OF CASE; DISCUSSION WITH ONE PACIFIC BANK'S COUNSEL; REVIEW, ANALYZE AND FORWARD REVISED PLEADINGS RE DISCLOSURE STATEMENT AND PLAN | 1.50 | 705.00 |
| 04/16/13 | DKC: ATTEND HEARING ON CASH COLLATERAL AND MOTION TO APPROVE DISCLOSURE STATEMENT AND FOLLOW UP | 3.30 | 1,551.00 |
| 04/19/13 | DKC: REVIEW AND FORWARD ORDER/CASH COLLATERAL BUDGET | 0.10 | 47.00 |
| 04/26/13 | DKC: DISCUSSION WITH ATTORNEY CRABBE AND CALL BETH KAWAJA | 0.20 | 94.00 |
| 04/30/13 | DKC: DISCUSSION WITH ATTORNEY EKBERG RE STATUS OF CASCADE AG FUNDING AND DISCLOSURE NEGOTIATIONS; SEVERAL EMAILS WITH WHYTE'S RE STATUS; DISCUSSION WITH THIRD PARTY RE QUERIES ABOUT CASCADE CAPITAL'S ROLE | 0.40 | 188.00 |

|  | Total Hours and Fees | 11.90 | $5,593.00 |

| Services Performed by | Hours | Rate | Amount |
|-----------------------|-------|------|--------|
| DIANA K. CAREY | 11.50 | 470.00 | 5,405.00 |
| GEORGE S. TREPERINAS | 0.40 | 470.00 | 188.00 |
|  |  | Total Current Fees | $5,593.00 |

| Date | Costs Advanced | Amount |
|------|---------------|--------|
| 04/05/13 | COPY CENTER - SCAN DOCUMENTS | 17.68 |
| | COMPUTER ASSISTED RESEARCH | 18.90 |
| | COPIES | 13.20 |
| | DOCUMENT SCANNING | 11.85 |
| | LONG DISTANCE | 25.97 |
| | Total Current Costs | $87.60 |

|  | Current Invoice Due | $5,680.60 |

**continued on next page**

Law Offices • Established 1904 • A Professional Service Corporation



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

Whyte's Food Corp.
c/o Beth Kawaja
890 S. Victoria Avenue
Los Angeles, CA 90005

Our File Number: 45616-001-DKC, Invoice: 338253

Please detach here and return upper portion with your payment
*********************************************************************

Re: WHYTE'S - CASCADE AG SERVICES, INC.
Date: 06/17/13
Invoice: 338253

For Professional Services Rendered and Costs Advanced

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/02/13 | DKC: REVIEW AND FORWARD VARIOUS DOCUMENTS FILED IN SUPPORT OF BANKS' STAY RELIEF MOTIONS; REVIEW REVISED DISCLOSURE STATEMENT AND EXHIBITS | 0.60 | 282.00 |
| 05/03/13 | DKC: REVIEW AND FORWARD VARIOUS PLEADINGS (STAY RELIEF, DISCLOSURE STATEMENT), EMAILS AND CONTINUE TO ASSESS STATUS; EMAILS WITH BETH KAWAJA | 0.90 | 423.00 |
| 05/07/13 | DKC: RETRIEVE, BRIEFLY REVIEW AND FORWARD 3D REVISED DISCLOSURE STATEMENT AND 2D REVISED PLAN; DISCUSSION WITH ATTORNEY CRABBE RE DEPOSITION OF RILEY AND PENDING STAY RELIEF HEARING | 0.40 | 188.00 |
| 05/10/13 | DKC: DISCUSSION WITH WAFED ATTORNEY EKBERG RE RELIEF FROM STAY HEARING AND EMAILS WHYTE'S RE SAME | 0.60 | 282.00 |
| 05/13/13 | DKC: FORWARD ORDER RE RELIEF FROM STAY AND RESPOND TO QUERY FROM BETH KAWAJA | 0.20 | 94.00 |
| 05/14/13 | DKC: DISCUSSION WITH ATTORNEY CRABBE RE FORTHCOMING AUCTION AND RELAY SAME TO WHYTE'S; EMAIL RE 60 DAYS BEING IN MIDDLE OF PICKLE HARVEST; CALL FROM LANDLORD'S ATTORNEY; REVIEW RECENT PLEADINGS RE CANCELLATION OF DISCLOSURE STATEMENT HEARING | 0.50 | 235.00 |
| 05/17/13 | DKC: STATUS UPDATE CONCERNING APPOINTMENT OF CRO IN CASCADE AG BANKRUPTCY | 0.30 | 141.00 |

**continued on next page**

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/22/13 | DKC: DISCUSSION WITH LEO ROSENBERGER RE WHYTE'S INTEREST AND EMAIL RE SAME; RESPOND AND RESPOND TO PIERRE'S QUESTION REGARDING TIMING OF THE SALE PROCESS | 0.30 | 141.00 |
| 05/23/13 | DKC: REVIEW AND FORWARD RECENT DOCUMENTS REGARDING APPOINTMENT OF CRO RED2BLACK ADVISORS AND LEO ROSENBERGER | 0.30 | 141.00 |
| 05/24/13 | DKC: EMAILS RIZZARDI/CLIENT REGARDING POTENTIAL BIDS FOR CASCADE AG | 0.20 | 94.00 |
| 05/28/13 | DKC: FOLLOWUP WITH DEBTOR'S COUNSEL; FORWARD RESPONSE RE APPOINTMENT OF RED2BLACK AS CRO | 0.20 | 94.00 |
| 05/29/13 | DKC: DISCUSSIONS WITH ATTORNEY RIZZARDI AND BETH KAWAJA REGARDING APPOINTMENT OF ROSENBERGER AS SALES AGENT (RATHER THAN CEO) | 0.30 | 141.00 |
| 05/30/13 | DKC: CHECK ON STATUS OF APPOINTMENT OF RED2BLACK; FORWARD ORDER | 0.20 | 94.00 |
| | Total Hours and Fees | 5.00 | $2,350.00 |

| Services Performed by | Hours | Rate | Amount |
|----------------------|-------|------|--------|
| DIANA K. CAREY | 5.00 | 470.00 | 2,350.00 |
| | | Total Current Fees | $2,350.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | COMPUTER ASSISTED RESEARCH | 6.40 |
| | COPIES | 0.90 |
| | Total Current Costs | $7.30 |
| | Current Invoice Due | $2,357.30 |



Law Offices • Established 1904 • A Professional Service Corporation

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

Whyte's Food Corp.
~~c/o Beth Kawaja~~
~~890 S. Victoria Avenue~~
Los Angeles, CA 90005

Our File Number: 45616-001-DKC, Invoice: 339009

Please detach here and return upper portion with your payment
*********************************************************************

Date: 07/09/13
Invoice: 339009

Re: WHYTE'S - CASCADE AG SERVICES, INC.

For Professional Services Rendered and Costs Advanced

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/03/13 | DKC: DISCUSSION WITH ANDY ANDERSON RE PUTTING IN BID FOR ASSETS OF CASCADE AG; REVIEW AND FORWARD DEBTOR'S 3D DISCLOSURE STATEMENT WITH UPDATE OF BANK DEBTS, AND FORWARD AND COMMENT ON WHYTE'S LATEST OFFER (MARCH) | 0.50 | 235.00 |
| 06/05/13 | DKC: REVIEW OFFER; CHECK ON CLOSING DATES/REQUIREMENTS UNDER THE COURT ORDERS | 0.70 | 329.00 |
| 06/06/13 | DKC: (A) EDIT OF SALE OFFER; (B) REVIEW AND FORWARD PLEADINGS RE SALE PROCEDURE, AUCTION | 1.00 | 470.00 |
| 06/08/13 | DKC: REVIEW RECENTLY FILED PLEADINGS (CARVE OUT) AND SUMMARIZE BID AND AUCTION PROCEDURES FOR CLIENT; NOTE DATES FOR VARIOUS TASKS/HEARINGS | 0.50 | 235.00 |
| 06/10/13 | DKC: DISCUSSION WITH SALES AGENT LEO ROSENBERGER RE STATUS OF OFFERS AND COORDINATE TELEPHONIC MEETING WITH WHYTE'S | 0.50 | 235.00 |
| 06/18/13 | DKC: MEETING WITH BETH KAWAJA AND SALES AGENT RE POTENTIAL STALKING HORSE BID; MEET WITH COUNSEL FOR TANK LANDLORD; COORDINATE SAME | 5.00 | 2,350.00 |
| 06/18/13 | ~~MLA: DISCUSSIONS WITH D. CAREY REGARDING NEW LLC, REQUIRED INFORMATION FOR FORMATION AND OBTAINING EIN; PREPARE CERTIFICATE OF FORMATION AND ARRANGE FOR FILING.~~ | 0.60 | 132.00 |
| 06/19/13 | DKC: EMAILS AND CONTINUED COORDINATION OF CLOSING SCHEDULES,           ', STALKING | 0.80 | 376.00 |

**continued on next page**

Karr Tuttle Campbell • 701 Fifth Avenue, Suite 3300 • Seattle, WA 98104 • (206) 223-1313 • **Tax ID No.:** 91-1006438

Whyte's Food Corp.
07/09/13
PAGE 2

Client: 45616
Case: 001
Invoice: 339009

| Date | Professional Services | Hours | Amount |
| --- | --- | --- | --- |
| | HORSE DUE DILIGENCE; DISCUSSION WITH LANDLORD'S COUSNEL | | |
| 06/19/13 | CCW: REVIEW PURCHASE AGREEMENT AND DRAFT PURCHASE PRICE ALLOCATION; CALL ANDY RE SAME; LEGAL AND TAX ANALYSIS RE SAME | 1.20 | 474.00 |
| 06/19/13 | MLA: RECEIVE FILED CERTIFICATE OF FORMATION FOR TRIAK HOLDINGS LLC; FORWARD TO D. CAREY. | 0.10 | 22.00 |
| 06/20/13 | DKC: MEET WITH BETH KAWAJA, LEO ROSENBERGER AND DEBTOR'S COUNSEL RE FINALIZING APA AND SCHEDULES; WORK ON SAME AND PROVIDE TO PARTIES TO REVIEW; VARIOUS DUE DILIGENCE ITEMS | 5.00 | 2,350.00 |
| 06/20/13 | MJM: ASSIST D. CAREY WITH PREPARING THE SCHEDULES | 0.50 | 95.00 |
| 06/20/13 | MLA: RECEIVE ORIGINALLY FILED CERTIFICATE OF FORMATION, CREATE MINUTE BOOK. | 0.40 | 88.00 |
| 06/20/13 | GST: CONFER WITH DIANA CAREY RE:BREAK-UP FEE. CONFERENCE WITH CASCADE AG REPS, DIANA AND BETH. PROVIDE DIANA WITH VARIOUS PROVISIONS FOR INSERTION IN PURCHASE AGREEMENT PERTAINING TO BREAK-UP FEE. | 2.10 | 987.00 |
| 06/21/13 | DKC: WORK ON FINALIZING APA. SCHEDULES; VARIOUS EMAILS WITH WHYTE'S TEAM RE DUE DILIGENCE, APA PROVISIONS; REVIEW DEBTOR'S MOTION/SALE ORDER; REVIEW AND FORWARD OBJECTIONS AND COMMENTS BY SECURED LENDERS | 4.20 | 1,974.00 |
| 06/21/13 | MJM: ASSIST ATTORNEY WITH PREPARATION OF SCHEDULES | 0.20 | 38.00 |
| 06/21/13 | MLA: TRIAK HOLDINGS LLC, ADD ENTITY TO DATABASE. | 0.20 | 44.00 |
| 06/24/13 | DKC: DISCUSSION WITH COUNSEL FOR ONE PACIFIC BANK RE SALE; VARIOUS EMAILS WITH BETH KAWAJA RE SALE PROCEDURES, STATUS | 0.40 | 188.00 |
| 06/25/13 | DKC: EMAILS RE STATUS OF SALES ORDER AND PROPOSED CHANGES | 0.20 | 94.00 |
| 06/26/13 | DKC: REVIEW, SUMMARIZE AND FORWARD PLEADINGS RELATED TO SALE PROCEDURES; REVIEW AND ANALYZE DOCUMENTS CONCERNING STANDARDS FOR BREAKUP FEES AND RELAY SAME TO BETH KAWAJA; | 0.90 | 423.00 |
| 06/27/13 | DKC: COORDINATE BREAKUP FEE WITH VARIOUS PARTIES; UPDATE SCHEDULE FOR LEASES; COORDINATE WITH ATTORNEY GIZZARD AND CLIENT | 0.90 | 423.00 |

**continued on next page**

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | RE FRIDAY'S HEARING | | |
| 06/27/13 | MJM: WORK WITH D. CAREY AND Y. AREFI-AFSHAR ON EDITS TO A CERTAIN SCHEDULE | 0.50 | 95.00 |
| 06/27/13 | GST: EMAILS FROM/TO DIANA, BETH, REAM AND RIZZARDI. | 0.60 | 282.00 |
| 06/28/13 | DKC: ATTEND ~~AUCTION~~ HEARING ON SALES PROCEDURE, REPORT TO CLIENTS; REVIEW ORDERS AND FOLLOWUP | 1.70 | 799.00 |
| 06/30/13 | DKC: EMAILS RIZZARDI/CLIENT REGARDING PROPOSED SALE ORDER AND IMPLICATIONS FOR STALKING HORSE | 0.30 | 141.00 |
| | Total Hours and Fees | 29.00 | $12,879.00 |

| Services Performed by | Hours | Rate | Amount |
|----------------------|-------|------|--------|
| DIANA K. CAREY | 22.60 | 470.00 | 10,622.00 |
| GEORGE S. TREPERINAS | 2.70 | 470.00 | 1,269.00 |
| CHRISTIAN C. WEINMANN | 1.20 | 395.00 | 474.00 |
| MARIE L. AMBURN-DIGBY | 1.30 | 220.00 | 286.00 |
| MARTI J. MUNHALL | 1.20 | 190.00 | 228.00 |
| Total Current Fees | | | $12,879.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | COPIES | 165.45 |
| | DOCUMENT SCANNING | 1.45 |
| | LONG DISTANCE | 0.49 |
| | Total Current Costs | $167.39 |

Current Invoice Due $13,046.39

*Less above deletions* <286.00>

TOTAL BALANCE DUE #12,760.39



Law Offices • Established 1904 • A Professional Service Corporation

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tax ID No. : 91-1006438
T: (206)223-1313
F: (206) 682-7100

Whyte's Food Corp.

Los Angeles, CA 90005

Our File Number: 45616-001-DKC, Invoice: 340026

Please detach here and return upper portion with your payment
************************************************************

Date: 08/16/13
Re: WHYTE'S - CASCADE AG SERVICES, INC.                    Invoice: 340026

For Professional Services Rendered and Costs Advanced

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/01/13 | DKC: DISCUSSION WITH SALES AGENT AND ATTORNEY RIZZARDI RE SALES PROCEDURE AND EMAILS TO BETH KAWAJA RE SAME; DISCUSSION WITH COUNSEL FOR THE VAT LEASES. | 0.80 | 376.00 |
| 07/15/13 | DKC: REVIEW AND FORWARD LIST OF QUALIFIED BIDDERS | 0.20 | 94.00 |
| 07/19/13 | DKC: EMAILS RE BID STATUS | 0.30 | 141.00 |
| 07/22/13 | DKC: REVIEW AND FORWARD SALE MOTION DOCUMENTS; CONFER WITH DEBTOR'S COUNSEL RE STATUS OF BIDS; VARIOUS EMAILS WITH CLIENT RE BID PROCEDURE/STATUS | 0.70 | 329.00 |
| 07/23/13 | DKC: REVIEW AND FORWARD VARIOUS DOCUMENTS RELATING TO BANKS' CREDIT BIDS | 0.40 | 188.00 |
| 07/24/13 | DKC: REVIEW AND FORWARD VARIOUS PLEADINGS RE RESOLUTION OF CREDIT BID MATTERS | 0.40 | 188.00 |
| 07/25/13 | DKC: EMAILS CLIENT RE BID PROCEDURES, CREDIT BIDS, ETC. | 0.20 | 94.00 |
| 07/26/13 | DKC: VARIOUS EMAILS/CALLS RE STATUS OF AUCTION NEXT WEEK FOR SALE OF CASCADE AG, BID PROCEDURES | 0.30 | 141.00 |
| 07/27/13 | DKC: EMAILS RE AUCTION | 0.20 | 94.00 |
| 07/29/13 | DKC: VARIOUS EMAILS AND DISCUSSIONS RE STATUS OF AUCTION; DISCUSSION WITH COUSNEL FOR COMMITTEE AND LANDLORD; CALCULATE BREAKUP FEE | 1.70 | 799.00 |
| 07/30/13 | DKC: AUCTION OF CASCADE AG ASSETS (PLUS 2 HOURS NO CHARGE) | 9.50 | 4,465.00 |

**continued on next page**

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/31/13 | DKC: FOLLOWUP ON AUCTION; START WORK ON CORPORATE PROCEDURES, CLOSING PREPARATION; | 2.50 | 1,175.00 |
| 07/31/13 | MLA: EXCHANGE EMAIL WITH D. CAREY REGARDING PURCHASE; WORK ON NAME CHANGE DOCUMENTS. | 0.80 | 176.00 |
| 07/31/13 | SJG: CONFERENCE WITH DIANA CAREY REGARDING DEAL STATUS; REVIEW ASSET PURCHASE AGREEMENT | 2.20 | 737.00 |
| | **Total Hours and Fees** | 20.20 | $8,997.00 |

*$ 8,821.00*

| Services Performed by | Hours | Rate | Amount |
|-----------------------|-------|------|--------|
| DIANA K. CAREY | 17.20 | 470.00 | 8,084.00 |
| SARA J. GANGEL | 2.20 | 335.00 | 737.00 |
| MARIE L. AMBURN-DIGBY | 0.80 | 220.00 | 176.00 |
| | | **Total Current Fees** | $8,997.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 07/05/13 | CLIENT COST CHECK - 3/176329,07/05/13 ACCUFACTS RESEARCH - FILING CERTIFICATE OF FORMATION FOR TRIAK HOLDINGS, LLC | 37.00 |
| 07/19/13 | CLIENT COST CHECK - 3/176434,07/19/13 CARDMEMBER SERVICE - FILING & EXPEDITE FEES FOR CERTIFICATE OF FORMATION FOR TRIAK HOLDINGS, LLC -WASHINGTON SECRETARY OF STATE | 230.00 |
| | COMPUTER ASSISTED RESEARCH | 10.10 |
| | COPIES | 60.30 |
| | **Total Current Costs** | $337.40 |

*70.40*

**Current Invoice Due**     $9,334.40

*$ 8891.40*



Law Offices • Established 1904 • A Professional Service Corporation

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

Whyte's Food Corp.

Los Angeles, CA 90005

Our File Number: 45616-001-DKC, Invoice: 340596

Please detach here and return upper portion with your payment
*************************************************************

Date: 09/06/13
Invoice: 340596

Re: WHYTE'S - CASCADE AG SERVICES, INC.

For Professional Services Rendered and Costs Advanced

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/01/13 | SJG: ATTEND CONFERENCE CALL WITH DIANA CAREY, JESSICA TSAO, YOUSEF AREFI-AFSHAR, AND JOHN RIZZARDI REGARDING CLOSING MECHANICS; PHONE CALL WITH BETH KAWAJA REGARDING TRANSITION ISSUES; CONFERENCE WITH K. KHALEGHI REGARDING REQUIRED PROCESSING PERMITS | 3.60 | 1,206.00 |
| 08/01/13 | DKC: CONFERENCE CALL WITH DEBTOR'S COUNSEL TO DISCUSS TRANSITION ISSUES, WORKING ON APA REVISIONS, ETC. VARIOUS EMAILS WITH BETH KAWAJA, DEBTOR'S COUNSEL; COORDINATE WITH OTHER COUNSEL | 2.50 | 1,175.00 |
| 08/01/13 | KXK: MEETING WITH SARA GANGEL (.1); MEMORANDUM TO SARA GANGEL (.1); DETERMINE REQUIREMENTS AND PROCESS TO OBTAIN ORGANIC CERTIFICATIONS FROM VARIOUS AGENCIES (3.3); DRAFT BRIEF SUMMARY OF REQUIREMENTS ( .4). | 3.90 | 760.50 |
| 08/02/13 | SJG: REVIEW ASSET PURCHASE AGREEMENT AND COURT ORDERS | 2.60 | 871.00 |
| 08/02/13 | DKC: NUMEROUS EMAILS/DISCUSSION WITH BETH KAWAJA, ATTORNEYS CRABBE, STEHLIK AND RIZZARDI REGARDING COORDINATION AND CLOSING ISSUES; WORK ON FINALIZING APA AND COORDINATE SAME WITH ATTORNEY GANGEL | 3.50 | 1,645.00 |
| 08/02/13 | KXK: CONTINUE TO RESEARCH REQUIREMENTS AND PROCEDURE FOR VARIOUS FOOD CERTIFICATIONS AND REGISTRATIONS AND FINALIZE MEMORANDUM | 3.50 | 682.50 |

**continued on next page**

Whyte's Food Corp.
09/06/13
PAGE 2

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | CONTAINING SUMMARY. | | |
| 08/03/13 | SJG: DRAFT TRANSACTION CHECKLIST | 0.30 | 100.50 |
| 08/03/13 | DKC: REVIEW AND RESPOND TO VARIOUS EMAILS (CLIENT; ATTORNEYS RIZZARDI, CRABBE, WEAVER) RE CLOSING MATTERS; OFFICE CONFERENCE WITH ATTORNEY GANGEL RE CLOSING CHECK LIST; REVIEW AND FORWARD APA | 1.00 | 470.00 |
| 08/04/13 | SJG: DRAFT AND DISTRIBUTE TRANSACTION CHECKLIST | 0.30 | 100.50 |
| 08/05/13 | SJG: EMAIL CORRESPONDENCE WITH CLIENT AND D. CAREY REGARDING TRANSACTION; SEARCH FOR GOOD FORM OF OPERATING AGREEMENT TO USE AS STARTING POINT | 1.20 | 402.00 |
| 08/05/13 | DKC: CONFERENCE CALL WITH CLIENT AND COUSNEL FOR BANKS AND DEBTOR RE STATUS OF CLOSING AND COOPERATION BY DEBTOR; FOLLOWUP WITH NUMEROUS EMAILS; DISCUSSIONS WITH ATTORNEYS REAM AND WEAVER | 3.50 | 1,645.00 |
| 08/06/13 | SJG: REVIEW AND REVISE MEMO REGARDING LICENSING AND CERTIFICATION; GENERAL EMAIL CORRESPONDENCE; DRAFT DUE DILIGENCE REQUEST LIST; REVIEW GROWER CONTRACTS | 6.50 | 2,177.50 |
| 08/06/13 | DKC: NUMEROUS EMAILS/DISCUSSIONS WITH COUNSEL FOR DEBTOR, BANKS, LAND LESSOR, AND CLIENTS (BETH AND PAUL) REGARDING STATUS OF DUE DILIGENCE, VISIT TO PLANT FACILITY, ETC. | 4.00 | 1,880.00 |
| 08/06/13 | KXK: DISCUSSION WITH SARA GANGEL (.2); CONDUCT ADDITIONAL RESEARCH ON DEFINITION OF FOOD PROCESSOR AND PENALTIES FOR OPERATING BUSINESS WITH PROPER LICENSE AND CERTIFICATIONS (1.2) | 1.40 | 273.00 |
| ~~08/06/13~~ | ~~MLA: DISCUSSION WITH S. GANGEL REGARDING STATUS; RECEIVE FILED CERTIFICATE OF AMENDMENT TO CERTIFICATE OF FORMATION, UPDATE MINUTE BOOK AND RECORDS REGARDING SAME.~~ | ~~0.70~~ | ~~154.00~~ |
| 08/07/13 | SJG: VISIT PLEASANT VALLEY WITH CLIENT; ATTEND TO DILIGENCE EFFORTS; REVISE CLOSING CHECKLIST AND DUE DILIGENCE REQUEST LIST | 9.10 | 3,048.50 |
| 08/07/13 | DKC: VARIOUS EMAILS RE SALE ISSUES, PROBLEMS WITH VISIT, DUE DILIGENCE | 3.00 | 1,410.00 |
| 08/07/13 | CAR: ANALYSIS OF REQUIREMENTS FOR TRANSFER OF SALES & USE TAX DEFERRAL CERTIFICATE | 1.00 | 470.00 |

**continued on next page**

Whyte's Food Corp.
09/06/13
PAGE 3

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/07/13 | CCD: CONFER WITH DIANA CAREY RE IMMIGRATION OPTIONS FOR CANADIAN WORKERS TO ASSIST WITH CORPORATE ACQUISITION | 0.10 | 38.50 |
| 08/07/13 | KXK: FOLLOW UP RESEARCH ON PENALTIES FOR OPERATING BUSINESS AND PROCESSING FOOD WITHOUT NECESSARY LICENSES AND CERTIFICATIONS. | 1.20 | 234.00 |
| 08/08/13 | SJG: PLEASANT VALLEY SITE VISIT; ATTEND TO DILIGENCE EFFORTS | 6.20 | 2,077.00 |
| 08/08/13 | DKC: DISCUSSION WITH HALLER'S COUNSEL WEAVER AND WORK ON POTENTIAL LEASE WITH HALLER FARMS; | 0.90 | 423.00 |
| 08/08/13 | DKC: CONTINUED EMAILS/COORDINATION WITH BETH KAWAJA, ATTORNEY GANGEL AND DEBTOR'S COUNSEL REGARDING SALE MATTERS, DUE DILIGENCE, PROGRESS TOWARD CLOSING | 3.50 | 1,645.00 |
| 08/08/13 | CCD: E-MAIL REPLY TO BETH KAWAJA RE IMMIGRATION OF CANADIAN WORKERS; BRIEF RESEARCH RE SAME | 0.40 | 154.00 |
| 08/08/13 | KXK: FOLLOW UP RESEARCH REGARDING CERTIFICATION AND LICENSING PENALTIES. | 4.00 | 780.00 |
| 08/08/13 | MLA: RESEARCH REGARDING DOING BUSINESS IN OREGON. | 0.30 | 66.00 |
| 08/09/13 | DKC: NUMEROUS EMAILS RE STATUS OF SALE ORDER, SALE HEARING, COORDINATION WITH MANAGEMENT ET AL. ; HEARING AT COURT RE STATUS OF SALE; FOLLOWUP ON ACTIVITIES (REQUESTING CONTACTS, PRESS RELEASE, ETC.) | 2.70 | 1,269.00 |
| 08/09/13 | CCD: CONFER WITH D. CAREY RE ORDER AUTHORIZING SALE FOR IMMIGRATION PURPOSES; REVIEW SAME | 0.10 | 38.50 |
| 08/11/13 | SJG: REVISE AND SEND TRANSACTION CHECKLIST TO LEO ROSENBERGER; EMAIL WITH CHUCK ROBINSON REGARDING TAX DEFERRAL CERTIFICATE | 0.80 | 268.00 |
| 08/12/13 | SJG: EMAIL CORRESPONDENCE REGARDING EIN REGISTRATION; EMAIL CORRESPONDENCE WITH JESSICA TSAO REGARDING CLOSING DOCUMENTS; PREPARE CLOSING DOCUMENTS | 1.80 | 603.00 |
| 08/12/13 | DKC: VARIOUS EMAILS REGARDING PRESS RELEASE AND WORK ON SAME; RESPOND TO CLOSING QUERIES | 1.20 | 564.00 |
| 08/12/13 | MLA: EXCHANGE EMAIL WITH S. GANGEL AND D. CAREY REGARDING EIN AND INFORMATION NECESSARY | 0.10 | 22.00 |

**continued on next page**

Whyte's Food Corp.
09/06/13
PAGE 4

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | TO APPLY FOR SAME. | | |
| 08/13/13 | SJG: DRAFT BILL OF SALE; REVISE CHECKLIST; CONFERENCE WITH C. WEINMANN REGARDING PURCHASE PRICE ALLOCATION; EMAIL CORRESPONDENCE WITH L. ROSENBERGER REGARDING DUE DILIGENCE REQUESTS; RESEARCH TRANSFER TAX ISSUES; EMAIL CORRESPONDENCE WITH D. CAREY REGARDING PAYMENTS DUE ON EQUIPMENT PURCHASE CONTRACTS; PULL REAL PROPERTY INFORMATION FROM COUNTY WEBSITES AND COMPILE PACKET FOR CLIENT | 8.10 | 2,713.50 |
| 08/13/13 | DKC: VARIOUS EMAILS/DISCUSSION RE WATER, REAL PROPERTY ISSUES, ALLOCATION, ETC. | 0.50 | 235.00 |
| 08/13/13 | CCW: REVIEW ASSET PURCHASE AGREEMENT; LEGAL ANALYSIS RE PURCHASE PRICE ALLOCATION AND TRANSFER TAX ISSUES | 1.50 | 592.50 |
| 08/13/13 | WMM: ANALYSIS RE: PURCHASE PRICE ALLOCATION AND STATE AND FEDERAL TAX ISSUES | 0.50 | 292.50 |
| 08/14/13 | SJG: EMAIL CORRESPONDENCE REGARDING REAL PROPERTY; CONFERENCE CALL WITH CLIENT REGARDING BANK ACCOUNT INFORMATION; CONFERENCE WITH G. HUFF REGARDING RETENTION POND; GENERAL EMAIL CORRESPONDENCE REGARDING ACCOUNTANTS, FISCAL YEAR, ETC. | 4.50 | 1,507.50 |
| 08/14/13 | DKC: RESPOND TO NUMEROUS EMAILS FROM BETH AND OTHERS RE WATER AND OTHER SALE ASPECTS; CONFERENCE CALL WITH ATTORNEYS RIZZARDI AND WEAVER REGARDING HALLER LEASES; REVIEW APA AND SALE ORDER FOR IMPLICATIONS FOR CLOSING | 3.20 | 1,504.00 |
| 08/14/13 | GDH: CONFERENCE REGARDING PROPERTY ISSUES. REVIEW AVAILABLE DOCUMENTS AND CONDUCT ON-LINE RESEARCH RE DRAINAGE, PERMIT ISSUES. | 1.00 | 460.00 |
| 08/15/13 | DKC: NUMEROUS DISCUSSION WITH BETH KAWAJA, ATTORNEYS RIZZARDI AND WEAVER AND OFFICE CONFERENCE WITH ATTORNEY VASQUEZ REGARDING SALE ISSUES; EMAILS RE WATER ISSUES | 2.10 | 987.00 |
| 08/15/13 | GDH: CONFERENCE REGARDING ACQUISITION, DRAINAGE AND RETENTION SYSTEM, PERMIT ISSUES. REVIEW DOCUMENTS REGARDING SAME. | 2.00 | 920.00 |
| 08/15/13 | JDV: EVALUATE AND ANALYZE ISSUES RE PURCHASE AND SALE OF CASCADE THROUGH BANKRUPTCY OPTION AND ISSUES RE WATER RETENTION, WATER SUPPLY | 2.80 | 1,218.00 |

**\*\*continued on next page\*\***

Whyte's Food Corp.
09/06/13
PAGE 5

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | AND HOLDING TANKS NOT DISCLOSED PRIOR TO SALE, INTERFERENCE OF DEBTOR AND GIELOW'S; REVIEW OF BANKRUPTCY COURT'S SALE ORDER, LETTER BETWEEN GIELOW AND HALLER RE POTENTIAL LEASE TERMS; | | |
| 08/16/13 | DKC: NUMEROUS EMAILS/DISCUSSION WITH BETH AND COUNSEL FOR DEBTOR, BANKS, LANDLORD, ETC. | 3.00 | 1,410.00 |
| 08/16/13 | JDV: EVALUATE AND ANALYZE INFORMATION RE UPDATES ON HALLER FARMS AGREEMENT AND POTENTIAL INFORMATION TO ASSIST IN HALLER FARMS AGREEMENT; | 1.20 | 522.00 |
| 08/18/13 | DKC: VARIOUS EMAILS BETH REGARDING STATUS OF HALLER NEGOTIATIONS AND EFFORTS TO CONVINCE COMMUNITY TO SUPPORT SALE | 0.30 | 141.00 |
| 08/18/13 | JDV: RECEIVE AND REVIEW COMMUNICATION FROM CLIENT RE CONTINUING ISSUES WITH HALLER HOLDING TANK AND PICKLE TANKS AGREEMENTS; | 0.50 | 217.50 |
| 08/19/13 | SJG: EMAIL CORRESPONDENCE WITH J. TSAO REGARDING FORKLIFT LEASES; REVIEW LEASES AND SCHEDULES; GENERAL EMAIL CORRESPONDENCE WITH D. CAREY | 1.40 | 469.00 |
| 08/19/13 | GDH: CONFERENCE AND EMAIL CORRESPONDENCE REGARDING RETENTION POND ISSUE. EMAIL CORRESPONDENCE REGARDING TITLE COMMITMENT AND CONCERNS, POTENTIAL EPA ISSUES. | 2.80 | 1,288.00 |
| 08/19/13 | JDV: EVALUATE AND ANALYZE PRESS RELEASE TO COMMUNITY RE PURCHASE OF CASCADE AND COMMITMENT TO WORK WITH COMMUNITY; | 0.60 | 261.00 |
| 08/20/13 | DKC: VARIOUS EMAILS WITH BETH ET AL REGARDING LEASES; EMAILS RIZZARDI AND DISCUSSION WITH SARAH WEAVER | 1.70 | 799.00 |
| 08/20/13 | JDV: CONTINUE REVIEW OF COMMUNICATIONS BETWEEN CLIENTS AND HALLER, COUNSEL FOR CREDITORS' COMMITTEE AND OTHER COMMUNICATIONS TO DETERMINE VIABILITY OF ADVERSARY ACTION | 1.80 | 783.00 |
| 08/21/13 | SJG: PREPARE CLOSING DOCUMENTS; REVIEW REQUIREMENTS FOR TAX DEFERRAL CERTIFICATE ASSIGNMENT; EMAIL CORRESPONDENCE WITH J. TSAO REGARDING SAME | 2.50 | 837.50 |
| 08/21/13 | DKC: CONFERENCE CALLS WITH BETH AND ATTORNEYS | 4.30 | 2,021.00 |

**continued on next page**

Whyte's Food Corp.
09/06/13
PAGE 6

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | VASQUEZ (1 HOUR) RE LITIGATION OPTIONS AND HUFF (.5 HOURS) REGARDING WATER STATUS, AND FOLLOWUP ON SAME; DISCUSSION WITH ATTORNEY WEAVER RE HALLERS (.3) AND ATTORNEY REAM RE COMMITTEE (.3), AND ATTORNEYS CRABBE AND CRISWELL REGARDING BANK'S POSITIONS (.4); VARIOUS EMAILS WITH BETH AND OTHER WHYTE FOLKS REGARDING CLOSING ISSUES (1.8) AND POSSIBLE COURSES OF ACTION | | |
| 08/21/13 | CCW: WORK ON TRANSFER TAX AND PURCHASE PRICE ALLOCATION ISSUES; REVIEW PURCHASE AGREEMENT AND DICLOSURE SCHEDULES | 0.40 | 158.00 |
| 08/21/13 | GDH: EMAIL CORRESPONDENCE WITH CLIENT TEAM RE STATUS, TITLE REVIEW, TAX DEFERRAL. PARTICIPATE IN CONFERENCE CALL WITH CLIENT REGARDING STATUS, OUTSTANDING ISSUES. TELEPHONE DISCUSSION WITH SKAGIT COUNTY PLANNING DEPARTMENT RE DRAINAGE REQUIREMENT INFORMATION. TELEPHONE DISCUSSION WITH SKAGIT COUNTY PUD RE SERVICE TO PROJECT, HISTORIC AMOUNT OF WATER USAGE. EMAIL CORRESPONDENCE RE OBTAINING ACCESS TO PUD USAGE RECORDS. | 2.80 | 1,288.00 |
| 08/21/13 | JDV: PREPARE FOR AND ATTEND LONG TELEPHONE CONFERENCE WITH CLIENT RE RECOMMENDATIONS MOVING FORWARD ON AUTHORIZED SALE; EVALUATE AND ANALYZE COMMUNICATIONS WITH PARTIES INCLUDING COUNSEL FOR DEBTOR AND OTHERS; | 1.40 | 609.00 |
| 08/21/13 | MLA: FOLLOW UP WITH S. GANGEL REGARDING EMPLOYER IDENTIFICATION NUMBER. | 0.10 | 22.00 |
| 08/22/13 | SJG: UPDATE CLOSING CHECKLIST; FINALIZE AND SEND CLOSING DOCUMENTS TO J. TSAO; EMAIL CORRESPONDENCE REGARDING CALL TO DISCUSS OPERATING AGREEMENT | 1.20 | 402.00 |
| 08/22/13 | DKC: CONTINUING EMAILS WITH BETH KAWAJA, WHYTE'S, ATTORNEYS FOR DEBTOR, LANDLORD AND OFFICE CONFERENCES RE WATER, DUE DILIGENCE, ETC. | 2.50 | 1,175.00 |
| 08/22/13 | GDH: EMAIL CORRESPONDENCE WITH CLIENT RE OUTSTANDING ISSUES. TELEPHONE DISCUSSION WITH SKAGIT COUNTY PLANNING DEPARTMENT RE DRAINAGE ISSUE. OBTAIN PERMIT AND LITIGATION HISTORY. EMAIL CORRESPONDENCE WITH CLIENT RE CONCERNS, | 4.20 | 1,932.00 |

**continued on next page**

Whyte's Food Corp.                                Client: 45616
09/06/13                                     Case: 001
PAGE 7                                  Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | OUTSTANDING ISSUES. | | |
| 08/23/13 | SJG: REVIEW WASTE WATER PERMITS; EMAIL CORRESPONDENCE REGARDING SAME; CONFERENCE CALL WITH BETH AND PIERRE REGARDING OPERATING AGREEMENT AND GENERAL CLOSING MATTERS | 2.50 | 837.50 |
| 08/23/13 | DKC: CONTINUED DUE DILIGENCE/EMAILS/DISCUSSIONS REGARDING CLOSING ISSUES | 2.00 | 940.00 |
| 08/23/13 | JDV: RECEIVE AND REVIEW COMMUNICATIONS RE INTERACTIONS BETWEEN DEBTOR AND EMPLOYEES ASSISTING WHYTES IN TRANSITION OF BUSINESS; | 1.80 | 783.00 |
| 08/26/13 | DKC: OFFICE CONFERENCE WITH ATTORNEYS VASQUEZ AND GANGEL; VARIOUS EMAILS WITH BETH, DEBTOR'S COUNSEL ET AL RE STATUS OF WHYTE'S DELIBERATIONS, CLOSING ISSUES, ETC.; DISCUSSION WITH HALLER'S COUNSEL | 1.80 | 846.00 |
| 08/26/13 | JDV: RECEIVE AND REVIEW CURRENT COMMUNICATIONS REGARDING HALLER COOPERATION, EVALUATE ISSUES RE RETURN OF EARNEST MONEY AND BREAK UP FEES, COMMUNICATE WITH CLIENT RE INFORMATION NECESSARY FOR INJUNCTIVE RELIEF | 2.90 | 1,261.50 |
| 08/27/13 | MAB: REVIEW EMAILS, CORRESPONDENCE, APA AND SALE ORDER; RESEARCH RE RELIEF FROM BANKRUPTCY SALE ORDERS, TERMINATION . | 1.20 | 510.00 |
| 08/27/13 | DKC: WORK ON TERMINATION MATTERS, INCLUDING NOTIFYING DEBTOR OF SAME; REVIEW AND DISCUSS MOTION FOR ALTERNATIVE BIDS WITH BETH; START REVIEWING EMAILS FOR POTENTIAL DECLARATIONS TO BE FILED; DISCUSSION WITH COUNSEL FOR DEBTOR, ONEPACIFIC AND WAFED | 3.70 | 1,739.00 |
| 08/27/13 | JDV: BEGIN TO WORK ON MOTION TO VACATE ORDER OF COURT RE SALE OF ASSET INCLUDING EXTENSIVE CHRONOLOGY REGARDING DEBTOR AND HALLER; | 2.30 | 1,000.50 |
| 08/28/13 | MAB: CONFER WITH D. VASQUEZ RE STATUS AND BACKGROUND; REVIEW MOTION TO APPROVE ALTERNATE BIDDER; REVIEW EMAILS, | 2.90 | 1,232.50 |

**continued on next page**

Whyte's Food Corp.
09/06/13
PAGE 8

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | CORRESPONDENCE, APA AND ORDER, AND DRAFT BOUDREAU DECLARATION. | | |
| 08/28/13 | DKC: WORK ON RESPONSE TO MOTION FOR ALTERNATE BIDDER; WORK ON MOTION FOR RETURN OF BID DEPOSIT AND SUPPORTING DECLARATIONS OF BETH, PIERRE, PHILIPPE AND CAREY | 5.50 | 2,585.00 |
| 08/28/13 | MJM: PROOF AND EDIT MOTION REQUESTING THE RETURN OF BID DEPOSIT. DRAFT THE ORDER DIRECTING RETURN. DRAFT THE ORDER GRANTING SHORTEN TIME AND LIMIT OF NOTICE. DRAFT THE HEARING NOTICE. DRAFT THE DECLARATION OF SERVICE. | 2.70 | 513.00 |
| 08/28/13 | MJM: FILE THE PLEADINGS WITH THE COURT RE: RETURN OF BID DEPOSIT AND PREPARE SERVICE. | 0.60 | 114.00 |
| 08/28/13 | JDV: PREPARATION OF DECLARATION OF PHILIPPE BLONDIN AND *Beth* KAJAWA IN SUPPORT OF RESPONSE TO DEBTOR'S MOTION RE AWARD TO ALTERNATE BIDDER AND IN SUPPORT OF MOTION FOR REPAYMENT OF EARNEST MONEY DEPOSIT AND BREAKUP FEES; | 8.00 | 3,480.00 |
| 08/29/13 | DKC: ONGOING WORK ON RESPONSE TO DEBTOR'S MOTION FOR ALTERNATE BIDDER; WORK ON DECLARATIONS OF PHILIPPE, BETH, PIERRE AND CAREY; REVIEW AND FORWARD RESPONSES TO DEBTOR'S MOTION AND RESPONSE TO QUERIES RE SAME (PLUS 2 HOURS AT NO CHARGE) | 4.70 | 2,209.00 |
| 08/29/13 | MJM: REVIEW THE E-MAIL FROM D. CAREY RE: STRATEGY FOR FILING THE RESPONSE TO THE MOTION FOR ALTERNATIVE BIDDER AND FOR RE-FILING THE MOTION FOR RETURN OF BID DEPOSIT, IN PREPARATION FOR ASSISTING WITH THESE MATTERS. | 0.20 | 38.00 |
| 08/29/13 | JDV: WORK ON DECLARATION OF BETH KAWAJA AND PHILIPPE BLONDIN; TELEPHONE CONFERENCE WITH BETH KAWAJA RE DECLARATION; | 3.60 | 1,566.00 |
| 08/30/13 | DKC: WORK ON RESPONSE RE ALTERNATIVE BIDDER AND DECLARATIONS OF BETH, PIERRE, PHILIPPE, AND CAREY; DISCUSSIONS WITH BETH AND ATTORNEYS CRABBE AND WEAVER; REVIEW AND FORWARD VARIOUS PLEADINGS (KRUGER, SALES AGENT, GIELOW, ETC.) AND CORRESPONDENCE BETWEEN COUNSEL (ONE HOUR NO CHARGE) | 7.00 | 3,290.00 |

**continued on next page**

Whyte's Food Corp.
09/06/13
PAGE 9

Client: 45616
Case: 001
Invoice: 340596

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/30/13 | MJM: ASSIST WITH FINALIZING THE RESPONSE TO THE DEBTOR'S MOTION FOR AN ORDER DESIGNATING AN ALTERNATE BROKER, ALONG WITH FOUR SUPPORTING DECLARATIONS AND EXHIBITS. FILE WITH THE COURT | 1.20 | 228.00 |
| 08/30/13 | JDV: EVALUATE AND ANALYZE FILINGS FROM BANK CREDITORS, DEBTOR, AND OTHER PARTIES IN RESPONSE TO DEBTOR'S MOTION RE SECONDARY BIDDERS FOR DEBTOR'S PROPERTY; | 1.60 | 696.00 |

Total Hours and Fees     190.00     $75,287.00

*− 198.00*

| Services Performed by | Hours | Rate | Amount |
|-----------------------|-------|------|--------|
| CHE C. DAWSON | 0.60 | 385.00 | 231.00 |
| MARK A. BAILEY | 4.10 | 425.00 | 1,742.50 |
| DIANA K. CAREY | 68.10 | 470.00 | 32,007.00 |
| GARY D. HUFF | 12.80 | 460.00 | 5,888.00 |
| WALTER M. MAAS III | 0.50 | 585.00 | 292.50 |
| CHARLES A. ROBINSON | 1.00 | 470.00 | 470.00 |
| J. DINO VASQUEZ | 28.50 | 435.00 | 12,397.50 |
| CHRISTIAN C. WEINMANN | 1.90 | 395.00 | 750.50 |
| SARA J. GANGEL | 52.60 | 335.00 | 17,621.00 |
| MARIE L. AMBURN-DIGBY | 1.20 | 220.00 | 264.00 |
| MARTI J. MUNHALL | 4.70 | 190.00 | 893.00 |
| KRISTINA KHALEGHI | 14.00 | 195.00 | 2,730.00 |

Total Current Fees     ~~$75,287.00~~

*$75089.00*

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 08/14/13 | CLIENT COST CHECK - 3/176655,08/14/13 SARA J. GANGEL - TRAVEL TO SEATAC TO PICK UP CLIENT, TRAVEL TO LA CONNER & BACK TO SEATAC TO DROP CLIENT OFF (178.62 MI.X.565) | 100.92 |
| 08/23/13 | CLIENT COST CHECK - 3/176725,08/23/13 FAIRCHILD RECORD SEARCH, LTD - FILED A CERTIFICATE OF AMENDMENT ON 8/02/13 -CORPORATE DOCUMENT FILING $45; STATUTORY FEES $80 -WASHINGTON SECRETARY OF STATE | 125.00 |
| | COPIES | 258.60 |
| | DOCUMENT SCANNING | 10.05 |

**continued on next page**

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | LONG DISTANCE | 151.41 |

Total Current Costs ~~$645.98~~ $520.98

Current Invoice Due ~~$75,932.98~~

*after adjustments* $75,609.98