1

2
Judge:  Hon. Karen A. Overstreet
Chapter:  11
Hearing Location:  Seattle, Room 7206
Hearing Date:  January 17, 2014
Hearing Time:  9:30 a.m.
Response Date:  January 10, 2014

6

7

8

9

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| In re | Case No. 12-18366-KAO |
|---|---|
| **CASCADE AG SERVICES, INC.,** | NOTICE OF MOTION AND MOTION OF ONE PACIFICCOAST BANK FOR ORDER AUTHORIZING LIQUIDATING AGENT TO PAY OVER COLLECTIONS FROM DEBTOR'S ACCOUNTS RECEIVABLE |
| Debtor-in-Possession. | |

<u>NOTICE OF MOTION</u>

Notice is hereby given that One PacificCoast Bank ("OPCB") has moved, as provided

below, for entry of an order authorizing Pivotal Solutions, Inc., the Court-appointed Liquidating

Agent, to pay over to OPCB all amounts collected by the Liquidating Agent from the Debtor's

accounts receivable.  The motion is scheduled for hearing on January 17, 2014 at 9:30 a.m. in the

Courtroom of the Hon. Karen A. Overstreet, Room 7206, United States Courthouse, 700 Stewart

Street, Seattle, Washington.  Any party opposing the motion must serve a response on the

undersigned, and file the response with the Clerk of the United States Bankruptcy Court, 700

Stewart Street, Room 6301, Seattle, Washington 98101, on or before January 10, 2014.  If no

response is filed by the response date, the Court may in its discretion grant the motion prior to

Page 1 – **NOTICE OF MOTION AND MOTION OF ONE PACIFICCOAST BANK
FOR ORDER AUTHORIZING PAY OVER**

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone  503-228-2525

1  the hearing, without further notice.

2                                  <u>MOTION</u>

3         OPCB moves for entry of an order authorizing the Liquidating Agent to pay over to

4  OPCB all amounts collected from the Debtor's accounts receivable.

5         OPCB purchased the Debtor's accounts receivable by way of a $700,000 credit bid in the

6  sale approved by the Court's Order (A) Authorizing and Approving the Sale of Assets Free and

7  Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Appointing Liquidating

8  Agent and (C) Granting Related Relief. (Doc. #622, the "Sale Order"). Since the entry of the

9  Sale Order, the Liquidating Agent has been collecting the Debtor's accounts receivable under

10 authority granted by the Sale Order. As of December 17, 2013, the Liquidating Agent had

11 collected $614,674.64 from the Debtor's accounts receivable. The Sale Order provides that the

12 Liquidating Agent shall continue to hold any collections of accounts receivable pending further

13 order of the Court. (Sale Order, ¶ 21.j)

14        OPCB, as the purchaser of the Debtor's accounts receivable in the Court-approved sale,

15 is entitled to receive the amounts that have been collected by the Liquidating Agent. OPCB has

16 conferred with Washington Federal, Columbia State Bank and the Liquidating Agent regarding

17 the relief requested by this motion, and they have all indicated that they do not object to an order

18 authorizing the Liquidating Agent to pay over to OPCB the amounts collected. A proposed form

19 of order is attached hereto as Exhibit A.

20 DATED December 19, 2013                BALL JANIK LLP

21

22                                     By: <u>/s/ Brad T. Summers</u>
                                           Brad T. Summers, WSBA No. 35281
23                                         tsummers@balljanik.com
                                           101 SW Main Street, Suite 1100
24                                         Portland, OR 97204
                                           (503) 228-2525 (phone)
25                                         (503) 295-1058 (fax)

26                                     Attorneys for One PacificCoast Bank

    Page 2 – **NOTICE OF MOTION AND MOTION OF ONE PACIFICCOAST BANK**
              **FOR ORDER AUTHORIZING PAY OVER**

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone (503) 228-2525

1

2

3

4

5

6

7

8       IN THE UNITED STATES BANKRUPTCY COURT

9       FOR THE WESTERN DISTRICT OF WASHINGTON

10   In re

11                                                   Case No. 12-18366-KAO

12       **CASCADE AG SERVICES, INC.,**           ORDER AUTHORIZING LIQUIDATING
                                                   AGENT TO PAY OVER COLLECTIONS
13              Debtor-in-Possession.               FROM DEBTOR'S ACCOUNTS
                                                   RECEIVABLE
14

15          This matter comes before the Court pursuant to the Motion of One PacificCoast Bank for

16   Order Authorizing Liquidating Agent to Pay Over Collections from Debtor's Accounts

17   Receivable.  Good cause appearing therefore, IT IS HEREBY ORDERED that Pivotal Solutions,

18   Inc., the Liquidating Agent, is authorized and directed to pay over to One PacificCoast Bank all

19   amounts collected from the Debtor's accounts receivable.  Other funds held by the Liquidating

20   Agent representing proceeds from the sale of the Debtor's other assets shall continue to be held

21   by the Liquidating Agent pending further order of this Court.

22                                      ///End of Order///

23   Presented by:

24   By: /s/ Brad T. Summers
            Brad T. Summers, WSBA No. 35281
25          BALL JANIK LLP
               Attorneys for One PacificCoast Bank
26

Page 1 - **ORDER AUTHORIZING LIQUIDATING AGENT TO PAY OVER
COLLECTIONS FROM DEBTOR'S ACCOUNTS RECEIVABLE**

::ODMA\PCDOCS\PORTLAND\934063\1

**EXHIBIT A
Page 1 of 1**

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone (503) 228-2525

# CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing **NOTICE OF MOTION AND MOTION OF ONE PACIFICCOAST BANK FOR ORDER AUTHORIZING LIQUIDATING AGENT TO PAY OVER COLLECTIONS FROM DEBTOR'S ACCOUNTS RECEIVABLE** on the following parties by CM/ECF:

- Donald A Bailey    donald.bailey@shaferbailey.com, shaferbailey@qwestoffice.net
- Richard G Birinyi   rbirinyi@schwabe.com,
  iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com
- Donald A Boyd    dboyd@cbblawfirm.com, zhummer@cbblawfirm.com
- Thomas A Buford    Thomas.A.Buford@usdoj.gov, Tara.Maurer@usdoj.gov
- Daniel M. Caine    caine@ryanlaw.com, kossman@ryanlaw.com
- Craig E Cammock    craig@skagitlaw.com, debbie@skagitlaw.com
- Timothy J Carlson    tcarlson@cbblawfirm.com, kvoelker@cbblawfirm.com
- William H. Charbonneau    whclaw@frontier.com
- Deborah A Crabbe    crabd@foster.com, bullj@foster.com
- David W Criswell    dcriswell@balljanik.com,
  swylen@balljanik.com;ttingey@balljanik.com;gweaver@balljanik.com;ismith@balljanik.com
- Charles R Ekberg    ekbergc@lanepowell.com, Docketing-Sea@lanepowell.com
- Andrew R Escobar    andrew.escobar@dlapiper.com, karen.hansen@dlapiper.com
- Gregory R. Fox    foxg@lanepowell.com,
  sea.bankruptcy.ecf@lanepowell.com;stephensont@lanepowell.com;Docketing-SEA@lanepowell.com
- Hugh C Klinedinst    hugh@belcherswanson.com, veronica@belcherswanson.com
- Armand J Kornfeld    jkornfeld@bskd.com,
  chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorgan@bskd.com
- David B Levant    dblevant@stoel.com, sea_docket@stoel.com;ajbrumble@stoel.com
- Merrilee A MacLean    mmaclean@hansonbaker.com, sknight@hansonbaker.com
- Melinda Miller    melindam@co.skagit.wa.us, debraln@co.skagit.wa.us
- Zachary Mosner    bcumosner@atg.wa.gov
- Matthew M Murphy    matt.murphy@dlapiper.com, carol.lesner@dlapiper.com
- Danial D Pharris    pharris@lasher.com, griffin@lasher.com
- Daniel J Radin    bcuradin@atg.wa.gov
- Lawrence R Ream    lream@schwabe.com,
  iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com
- John R Rizzardi    jrizzardi@cairncross.com, rwang@cairncross.com;ecfbankruptcy@cairncross.com
- Patricia J Rynn    pat@rjlaw.com, tim@rjlaw.com
- Katriana L Samiljan    ksamiljan@bskd.com,
  chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com
- Benjamin S Seigel    bseigel@buchalter.com, tcarson@buchalter.com
- Jerry N Stehlik    jstehlik@bsss-law.com, cpercy@bsss-law.com
- Brad T Summers    tsummers@balljanik.com, akimmel@balljanik.com
- Gulliver A. Swenson    swenson@ryanlaw.com, jonesd@ryanlaw.com
- Jeanette L Thomas    jthomas@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- Jessica C Tsao    jtsao@cairncross.com, drees@cairncross.com;ecfbankruptcy@cairncross.com
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
- Michael A Winslow    mike@winslegal.com, piper@winslegal.com
- Jeffrey C Wishko    jwishko@andersonhunterlaw.com

and on the following parties by mailing a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

Page 1 – **CERTIFICATE OF SERVICE**

::ODMA\PCDOCS\PORTLAND\934058\1

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503.228.2525

| | | |
|---|---|---|
| 1 | Mark A Bogdanowicz | Stephen A Burnham |
| 2 | Howard & Howard | Campbell Dille Barnett Smith PLLC |
| | 211 Fulton St #600 | 317 S Meridian |
| 3 | Peoria, IL 61602 | Puyallup, WA 98371 |
| 4 | Cascade Ag Services Inc | Roy W Cohn |
| | 13459 Dodge Valley Road | 2406 Watrous Ave |
| 5 | Mount Vernon, WA 98273 | Tampa, FL 33629 |
| 6 | EDCO Food Products Inc | Arlene W Empie |
| | PO Box 12511 | Post Office Box 784 |
| 7 | Green Bay, WI 54307-2511 | LaConner, WA 98257 |
| 8 | Encore Sales and Marketing Inc | Lawrence E. Hanson |
| | Hilary Bramwell Mohr Riddell | 17510 Beaver Marsh Rd. |
| | 1001 4th Ave #4500 | Mount Vernon, WA 98273 |
| 9 | Seattle, WA 98154 | |
| 10 | Lasher Holzapfel Sperry & Ebberson PLLC | James E Morgan |
| 11 | 601 Union St #2600 | Howard & Howard |
| | Seattle, WA 98101-4000 | 200 Michigan Suite 1100 |
| 12 | | Chicago, IL 60604 |
| 13 | OND Farms LLC | Red to Black Advisors LLC |
| | 1201 Third Avenue | c/o Katriana L. Samiljan |
| 14 | Suite 2200 | Bush Strout & Kornfeld LLP |
| | Seattle, WA 98101 | 601 Union Street #5000 |
| 15 | | Seattle, WA 98101 |
| 16 | John F. Roozen | Schwabe Williamson & Wyatt PC |
| | c/o Lawrence Cock | 1420 5th Ave Ste 3400 |
| 17 | Cable Langenbach Kinerk & Bauer | Seattle, WA 98101-2393 |
| | 1000 Second Avenue, Suite 3500 | |
| 18 | Seattle, WA 98104 | |
| 19 | Whyte's Food Corp | |
| | c/o Diana K Carey | |
| 20 | Karr Tuttle Campbell | |
| | 1201 3rd Ave #2900 | |
| 21 | Seattle, WA 98101 | |
| 22 | See also the attached creditors mailing matrix. | |
| 23 | DATED: December 19, 2013 | /s/ Annette Kimmel |
| | | Annette Kimmel, Legal Assistant |
| 24 | | |
| 25 | | |
| 26 | | |

Page 2 – **CERTIFICATE OF SERVICE**

::ODMA\PCDOCS\PORTLAND\934058\1

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503.228.2525

Label Matrix for local noticing
0981-2
Case 12-18366-KAO
Western District of Washington
Seattle
Thu Dec 19 14:24:45 PST 2013

Cairncross & Hempelmann, P.S.
524 Second Avenue
Suite 500
Seattle, WA 98104-2323

Cascade Ag Services Inc
13459 Dodge Valley Road
Mount Vernon, WA 98273-3211

Clyde A Hamstreet & Associates
1 SW Columbia #1000
Portland, OR 97258-2024

Columbia State Bank
c/o Deborah A. Crabbe
Foster Pepper PLLC
1111 Third Avenue #3400
Seattle, WA 98101-3299

EDCO Food Products Inc
PO Box 12511
Green Bay, WI 54307-2511

Encore Sales and Marketing Inc
Hilary Bramwell Mohr
Riddell
1001 4th Ave #4500
Seattle, WA 98154-1065

Farms Northwest Inc
c/o Craig E. Cammock
227 Freeway Drive #B
PO Box 336
Mount Vernon, WA 98273-0336

Gielow Pickles Inc
c/o David B. Levant
600 University St.
Suite 3600
Seattle, WA 98101-4109

Haller Farms
c/o Lasher Holzapfel Sperry Ebberson
601 Union St #2600
Seattle, WA 98101-4000

Hayton Farms, Inc.
c/o Craig E. Cammock
P. O. Box 336
227 Freeway Drive, Suite B
Mount Vernon, WA 98273-2805

Hughes Farms Inc
c/o Craig E Cammock
227 Freeway Drive #B
PO Box 336
Mount Vernon, WA 98273-0336

M J Rosenmayer Co
c/o Buchalter Nemer
1000 Wilshire Blvd.#1500
Los Angeles, CA 90017-1730

Nelson Distributing Inc
dba Nelson Petroleum
c/o William H Charbonneau
120 W Dayton #B6
Edmonds, WA 98020-4180

OND Farms LLC
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3047

OND Farms LLC
c/o David B. Levant
600 University Street
Suite 3600
Seattle, WA 98101-4109

One PacificCoast Bank FSB
c/o Brad T Summers
101 SW Main St #1100
Portland, OR 97204-3219

One PacificCoast Bank FSB
c/o David W Criswell
Ball Janik LLP
101 SW Main St Ste 1100
Portland, OR 97204-3219

Pacific Trail Logistics LLC
c/o Anderson Hunter Law Firm
Attn Jeffrey Wishko
PO Box 5397
Everett, WA 98206-5397

Pivotal Solutions Inc.
c/o Daniel M. Caine
Ryan Swanson & Cleveland PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034

RSF Capital Management Inc
c/o Donald A Bailey
Shafer & Bailey LLP
1218 3rd Ave Ste 1808
Seattle, WA 98101-3060

Red to Black Advisors LLC
c/o Armand J Kornfeld
Bush Strout & Kornfeld LLP
601 Union Street #5000
Seattle, WA 98101-2373

Red to Black Advisors LLC
c/o Katriana L. Samiljan
Bush Strout & Kornfeld LLP
601 Union Street #5000
Seatle, WA 98101-2373

Schmidt Construction
c/o Belcher Swanson
900 Dupont Street
Bellingham, WA 98225-3105

Skagit County Treasurer
Attn Marissa Guerrero
700 S 2nd St Rm 205
PO Box 518
Mount Vernon, WA 98273-0518

Skagit Farmers Supply
c/o Merrilee A. MacLean
Hanson Baker
2229 112th Ave NE #200
Bellevue, WA 98004-2981

Uesugi Farms Inc
c/o Mark Rosenblum
Eisenhower Carlson PLLC
1201 Pacific Ave #1200
Tacoma, WA 98402-4395

Washington Federal
c/o Charles R Ekberg
1420 5th Ave #4100
Seattle, WA 98101-2375

Washington Federal
c/o Gregory R. Fox
Lane Powell PC
1420 5th Ave #4100
Seattle, WA 98101-2338

Washington State Tax Agencies
Office of the Attorney General
Bankruptcy & Collection Unit
800 5th Ave Ste 2000
Seattle, WA 98104-3188

| | | |
|---|---|---|
| Whyte's Food Corp<br>c/o Diana K Carey<br>Karr Tuttle Campbell<br>1201 3rd Ave #2900<br>Seattle, WA 98101-3284 | U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 | A TO Z TRUCK BROKERS, INC.<br>PO BOX 4586<br>RIO RICO, AZ 85648-4586 |
| A-1 MOBILE LOCK & KEY<br>3104 WEST 3RD PLACE<br>ANACORTES, WA 98221-5102 | AAPER ALCOHOL & CHEMICAL<br>1101 ISAAC SHELBY DR<br>SHELBYVILLE, KY 40065-8171 | AARON PACKAGING INC.<br>PO BOX 1501<br>KENT, WA 98035-1501 |
| ADELSTEIN, SHARPE & SERKA LLP<br>PO BOX 5158<br>BELLTNGHAM, WA 98227-5158 | ADVANTAGE WAYPOINT LLC<br>235 BAKE ST<br>COSTA MESA, CA 92626-4504 | AFFORDABLE STORAGE CONTAINERS<br>2308 MILWAUKEE WAY<br>TACOMA, WA 98421-2710 |
| AIRGAS EVERETT<br>3011 BROADWAY<br>EVERETT, WA 98201-3637 | ALASKAN COPPER & BRASS CO.<br>PO BOX 749791<br>LOS ANGELES, CA 90074-9791 | ALL WORLD SCIENTIFIC<br>17120 TYE ST SE<br>STE C/D<br>MONROE, WA 98272-2752 |
| ALMA FRANCISCO MARTINEZ<br>PO BOX 161<br>BURLINGTON, WA 98233-0161 | ALPINE FOOD DISTRIBUTING<br>PO BOX 22529<br>PORTLAND, OR 97269-2529 | AMERICAN EXPRESS<br>PO BOX 360002<br>FORT LAUDERDALE, FL 33336-0002 |
| AMERICAN WEST ENVIRONMENTAL<br>PO BOX 730<br>PASCO, WA 99301-1211 | AMERIGAS<br>1008 SICKELSTEEL LANE<br>MOUNT VERNON, WA 98274-8806 | ANCHOR DISTRIBUTION<br>2950 MERCED STREET<br>SAN LEANDRO, CA 94577-5635 |
| ANDERSON PAPER & PACKAGING CO.<br>PO BOX 223<br>FERNDALE, WA 98248-0223 | ANTONIO GRACIA<br>C/O JOSE A. GARCIA<br>4613 SHUKSAN STREET<br>MOUNT VERNON, WA 98273-8931 | APPLIED INDUSTRIAL TECHNOLOGIE<br>PO BOX 100538<br>PASADENA, CA 91189-0003 |
| ARAMARK UNIFORM SERVICES<br>PO BOX 101223<br>PASADENA, CA 91189-0005 | ARCELIA BANUELOS<br>929 N LAVENTURE ROAD<br>MOUNT VERNON, WA 98273-2755 | ARLENE MESSMAN<br>18166 VALENTINE ROAD<br>MOUNT VERNON, WA 98273-8174 |
| ARNE SVENDSEN TRUCKING, INC.<br>17635 DUNBAR ROAD<br>MOUNT VERNON, WA 98273-8752 | ARNOLD FOHN<br>13754 Chilberg Ln<br>Mount Vernon WA 98273-7194 | ATLAS COPCO<br>3315 S 116TH ST STE 141<br>SEATTLE, WA 98168-1980 |
| Adelstein Sharpe & Serka LLP<br>400 N Commerical St<br>Bellingham WA 98225-4003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Arlene S EMPIRE<br>PO BOX 784<br>LA CONNER, WA 98257-0784 |

Arlene S. Empie
c/o Heather D. Shand
Shand Law Firm, PLLC
Post Office Box 1541
Mount Vernon, WA 98273-1541

B&I CONSULTING
4800 SW MEADOWS ROAD
SUITE 300
LAKE OSWEGO, OR 97035-5277

BARNETT IMPLEMET
PO BOX 666
MOUNT VERNON, WA 98273-0666

BARRON, SMITH & DAUGERT, PLLC
300 NORTH COMMERCIAL
PO BOX 5008
BELLINGHAM, WA 98227-5008

BEAVERTON FOODS
PO BOX 687
BEAVERTON, OR 97075-0687

BEN LEE
18502 VALENTINE RD
MOUNT VERNON, WA 98273-7178

BEN RICHARD'S FABRICATION
702 CASCADE HWY
BURLINGTON, WA 98233

BERLIN PACKAGING, LLC
955 8 4
CHICAGO, IL 60694-0001

BILL ANDRE
INTERNATNL BELT &
RUBBER SUPPLY
4132 B PLACE NW
AUBURN, WA 98001-2446

BIO GRO, INC.
PO BOX 326
Mabton WA 98935-0326

BIOPHARM
187 S TILLEY ROAD
HATFIELD, AR 71945-9724

BIRCH EQUIPMENT RENTALS & SALE
PO BOX 30918
BELLINGHAM, WA 98228-2918

BLANCA M GARCIA
4613 SHUKSAN ST.
MOUNT VERNON, WA 98273-8931

BLANCHARD EDISON WATER ASSN
PO BOX 38
BOW WA 98232-0038

BNK (BIN TAGS/RESIN)
325 S WASHINGTON #84
KENT, WA 98032-5767

BOARD LOGISTICS, LLC
PO BOX 321 301 S SPRUCE ST
BURLINGTON, WA 98233-0321

BRENNTAG
UNITED RECOVERY SOLUTIONS INC
264 S LA CIENEGA BLVD
SUITE 1287
BEVERLY HILLS, CA 90211-3302

BROWN LINE
3814 OLD HIGHWAY 99
MOUNT VERNON, WA 98273-9018

BROWN LINE LLC
PO BOX 1708
MOUNT VERNON, WA 98273-1708

BROWNLIE EVANS WOLF & LEE
203 E CHAMPION ST
BELLINGHAM, WA 98225

BRUEM FARM
31718 PIONEER HIGHWAY
STANWOOD, WA 98292-9701

BRYAN KAY CONSULTING
15100 HAWK LANE
BURLINGTON, WA 98233-8412

BW PLUS COTTONTREE INN
2300 MARKET STREET
MOUNT VERNON, WA 98273-5449

Berlin Packaging LLC
attn: Velda Bracy
525 W Monroe St 14th Fl
Chicago IL 60661-3648

Border Logisitics II Inc
PO Box 321
Burlington WA 98233-0321

Breum Farms LLC
31718 Pioneer Hwy
Stanwood WA 98292-9701

Brown Line LLC
18000 International Blvd #700
Seattle WA 98188-4202

CARGILL SALT, INC.
20 BOX 98220
CHICAGO, IL 60693-8220

CARNEY BADLEY SPELLMAN
701 FIFTH AVE, SUITE 3600
SEATTLE, WA 98104-7010

CASCADE COLUMBIA DISTRIBUTION
PO BOX 24745
SEATTLE, WA 98124-0745

CASCADE LUMBER, INC.
PO BOX 37
825 N GOOD RD
STANWOOD, WA 98292-0037

CELERINO SALGADO
205 N NORRIS ST, #3
BURLINGTON, WA 98233-1042

CENTRAL WELDING SUPPLY
PO BOX 17 9 NORTH
SEATTLE, WA 98111-0017

CFM LOGISTICS
PO BOX 843812
KANSAS CITY, MO 64184-3812

CHARLES RHEE
25792 PECOS RD
LAGUNA HILLS, CA 92653-6102

CHARLIE'S PRODUCE SEATTLE
PO BOX 24606
SEATTLE, WA 98124-0606

CHEYENNE SCALE CO.
PO BOX 47041
SEATTLE, WA 98146-7041

CNH CASE CREDIT-VANTAGE ACCT
PO BOX 3900
LANCASTER, PA 17604-3900

CNH Capital America LLC
P.O. Box 3600
Lancaster, PA 17604-3600

COLE-PARMER INSTRUMENT CO
13927 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0139

COLUMBIA BANK
PO BOX 805
BURLINGTON, WA 98233-0620

COMMUNITY COOP
1220 NORHT FOREST STREET
BELLINGHAM, WA 98225

CONSTRUCTIONCALC, INC.
C/O TIM GARRISON
18579 WEST LAKEVIEW LANE
MOUNT VERNON, WA 98274-8292

COPY & PRINT STORE
1726 RIVERSIDE DRIVE
MOUNT VERNON, WA 98273-5415

CRAIG STAFFANSON
12918 DODGE VALLEY RD
MOUNT VERNON, WA 98273-3261

CRESCENCIO LOPEX SANTIAGO
11901 S 5TH AVE NE
#22
MARYSVILLE, WA 98271

CURTIS JOHNSON
15510 SNEEOOSH RD
LA CONNER, WA 98257-8925

Camey Badley Spellman PS
701 5th Ave #3600
Seattle WA 98104-7010

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Cascade Ag Services dba Pleasant Valley Farm
12459 Dodge Valley Rd
Mount Vernon, WA 98273

Cascade Columbia Distribution
6900 Fox Ave S
Seattle WA 98108-3419

Columbia State Bank
c/o Foster Pepper PLLC
Attn: Deborah Crabbe
1111 3rd Avenue., #3400
Seattle, WA 98101-3299

DAHL'S VALLEY ELECTRIC, INC.
521 EAST VICTORIA
BURLINGTON, WA 98233-1241

DAHLMAN PUMP & WELL DRILLING
17313 COOK RD
BOW, WA 98232-9781

DALE RAGAN
219 WARRAN ST
MOUNT VERNON, WA 98273-3313

DALLAS FEIGNER 'DUKE'
16819 NE 39TH ST
VANCOUVER, WA 98682-8631

DANE HULBERT
23104 HWY 534
CONWAY, WA 98274-7587

DANFORD PRODUCE
9887 S COUNTY RD #81
GORDON, AL 36343-8047

DAVE YOUNGQUIST
16275 W KAMB ROAD
MOUNT VERNON, WA 98273-8122

DAVID L HUGHES
2 4 0 4 5GUNDERSON ROAD
MOUNT VERNON, WA 98273

DEANN JOHNSON
1 551 OSNEEOOSH RD
LA CONNER, WA 98257

DELUXE BUSINESS CHECKS/SOLUTTO
PO BOX 1186
LANCASTER, CA 93584-1186

DEMO STUFF LLC
ACCOUNTS RECEIVABLE
PO BOX 94374
SEATTLE, WA 98124-6674

DENNIS CHRISTENSEN
2420 G STREET
BELLINGHAM, WA 98225-3404

DIANA L. MERCADO
1400 N 30TH ST #154
MOUNT VERNON, WA 98273-5739

DISCOUNT FORKLIFTS
11950 SW 144TH COURT
BAY 1
MIAMI, FL 33186-8642

DMH INDUSTRIAL
2701 HEWITT AVE
EVERETT, WA 98201-3739

DOREEN NYSTROM
23988 N. WESTVIEW ROAD
MOUNT VERNON, WA 98274-8128

DR.AIN DOCTOR
14062 HILLWOOD DRIVE
BOW, WA 98232-7227

Dahlman Pump & Well Drilling Inc
PO Box 422
Burlington WA 98233-0422

David Hughes
c/o Craig E. Cammock and Brian E. Clark
Skagit Law Group, PLLC
P. O. Box 336
Mount Vernon, WA 98273-0336

Debt Recovery Specialists
P.O.Box 1145
Mount Vernon, WA 98273-1145

Donald R. Kruse
c/o Craig E. Cammock
Skagit Law Group, PLLC
P. O. Box 336
Mount Vernon, WA 98273-0336

Doyle Schmidt
c/o Belcher Swanson Law Firm
900 Dupont Street
Bellingham, WA 98225-3105

EDCO Food Products Inc
Attn: James M or Victoria E
2815 S Packerland Dr, Ste 23
Green Bay, WI 54313-6182

EDGAR CAMPAGNE VALLES
100 S LAVENTURE RD
APT A-106
MOUNT VERNON, WA 98274-4815

EDGE ANALYTICAL
1620 S WALNUT
BURLINGTON, WA 98233-3231

ELI RONCES GORDILLO
1701 N 32ND PL
MOUNT VERNON, WA 98273-9101

ELIAS CUEVAS ROMERO
701 SAPP RD
#A102
SEDRO WOOLLEY, WA 98284-4356

ELMER & MABEL MARTIN
PO BOX 344
BURLINGTON, WA 98233-0344

EMERALD PARTNERS GROUP LLC
177144 6TH PL SW
SEATTLE, WA 98166

EMERALD PARTNERS GROUP LLC
C/O SARAH WEAVER, PLLC
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WA 98101-2509

ENCORE SALES & MARKETING
22407 68TH AVE S
KENT, WA 98032-2444

ENGLAND LOGISTICS
PO BOX 957695
SAINT LOUIS, MO 63195-7695

ERIE MOLDED PLASTICS
6020 W. RIDGE ROAD
ERIE, PA 16506-1016

EVELYN YOUNGQUIST
PO BOX 192
MOUNT VERNON, WA 98273-0192

EVERGREEN INTERPRETER SERVICES
2220 NW Utah Ct
Camas WA 98607-7413

EXPRESS SERVICES, INC.
FILE: 749073
LOS ANGELES, CA 90074-0001

Edco Food Products Inc
c/o Law Office of J Michael Lovejoy PS
PO Box 25340
Seattle WA 98165-2240

England Logistics
c/o Curt Maisey
1325 S 4700 W
West Valley City UT 84104-4431

| | | |
|---|---|---|
| FARMERS EQUIPMENT<br>17893 SR 20<br>BURLINGTON, WA 98233-9612 | FARMS NORTHWEST-K. JOHNSON<br>Po Box 447<br>La Conner WA 98257-0447 | FASTENAL BURLINGTON<br>PO BOX 978<br>WINONA, MN 55987-0978 |
| FASTENAL MV<br>PO BOX 978<br>WINONA, MN 55987-0978 | FEDEX CORPORATION<br>PO BOX 94515<br>PALATINE, IL 60094-4515 | FINCH TRANSPORTATION<br>PO BOX 589<br>BUCKLEY, WA 98321-0589 |
| FOOD SERVICES OF AMERICA<br>16100 N. 71ST ST. STE. 400<br>SCOTTSDALE, AZ 85254-2227 | FOODSOURCES<br>2913 SATURN ST<br>STE A-B<br>BREA, CA 92821-6263 | FREIGHT AGENCY, INC.<br>1640 MONAD ROAD<br>BILLINGS, MT 59101-3200 |
| (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 | FSA<br>PO BOX 25119<br>SCOTTSDALE, AZ 85255-0178 | Fastenal Company<br>PO Box 978<br>Winona MN 55987-0978 |
| Food Services Inc<br>2913 Saturn St #A & B<br>Brea CA 92821-6263 | GARY MINER<br>PO BOX 3091<br>YAKIMA, WA 98903-0091 | GENE SCHLOEMER<br>17661 BOW HILL RD<br>BOW, WA 98232-9689 |
| GERLOCK TOWING & HEAVY HAUL<br>7821 NE 33RD DRIVE<br>PORTLAND, OR 97211-1915 | GILL CARRIER LLC<br>815 E MAYBERRY DR<br>LYNDEN, WA 98264-9339 | GINA MORROW<br>4805 HARBOR VIEW PL<br>ANACORTES, WA 98221-4087 |
| GIULIANO SPECIALTY FOODS<br>PO BOX 5056<br>GARDEN GROVE, CA 92846-0056 | GIVAUDAN FLAVORS CORPORATION<br>PO BOX 73759<br>CHICAGO, IL 60673-7759 | GLORYBEE FOODS<br>120 N SENECA RD<br>PO BOX 2744<br>EUGENE, OR 97402-0277 |
| GODFREY & KAHN<br>333 MAIN ST, SUITE 600<br>PO BOX 13067<br>GREEN BAY, WI 54307-3067 | GOLBON DISTRIBUTING<br>PO BOX 823242<br>PHILADELPHIA, PA 19182-3242 | GOLDEN GLEN CREAMERY<br>JENSEN FAMILY DAIRY & CREAMERY<br>15098 FIELD RD<br>BOW, WA 98232-9148 |
| GREAT AMERICAN PACKAGING<br>4136 S SOTO STREET<br>LOS ANGELES, CA 90058 | GS1 US, INC.<br>PO BOX 71-3034<br>COLUMBUS, OH 43271-3034 | Gerald N Moe<br>17106 Jungquist Rd<br>Mount Vernon, WA 98273-8859 |
| Gill A Carrier LLC<br>PO Box 206<br>Everson WA 98247-0206 | Giulianos' Specialty Foods<br>12132 Knott St<br>Garden Grove CA 92841-2801 | H & C WEIGHING SYSTEM<br>9515 GERWIG LANE<br>SUITE 109<br>COLUMBIA, MD 21046-2917 |

HALEY GROUP
101 FAIRWAYS AT BLAIRMONT
HOLLIDAYSBURG, PA 16648

HALLER FARMS
C/O OOSTRA ROUW & ASSOC
111 S 12TH ST
MOUNT VERNON, WA 98274-4000

HARMONY DIARY
18718 BEAVER MARSH RD
MOUNT VERNON, WA 98273-8819

HARTUNG BROTHERS
708 HEARTLAND TRAIL
Suite 2000
MADISON, WI 53717-2172

HERSPRING GIBB LLC
15 CROW CANYON COURT
SUITE 100
SAN RAMON, CA 94583-1640

HOCKENBERG NEWBURGH
PO BOX 1283
DES MOINES, IA 50306-1283

HONEY BUCKET
10412 JOHN BANANOLA WAY E
PUYALLUP, WA 98374-9333

HSBC BUSINESS SOLUTIONS
PO BOX 5239
CAROL STREAM, IL 60197-5239

HUGHES FARM
13255 FARM TO MARKET ROAD
MOUNT VERNON, WA 98273

Haller Farms
c/o Sarah Weaver PLLC
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509

Helm New York Inc
c/o Philipp Mangold
1110 Centennial Ave
Piscataway, NJ 08854-4169

Hughes Farms, Inc.
c/o Brian E. Clark and Craig E. Cammock
Skagit Law Group, PLLC
P. O. Box 336
Mount Vernon, WA 98273-0336

IEH LABORATORIES & CONSULTING
15300 BOTHELL WAY NE
SEATTLE, WA 98155-7634

INTERMOUNTAIN FOOD BROKER
PO BOX 21437
BILLINGS, MT 59104-1437

INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BELT & RUBBER
4132 B PLACE NW
AUBURN, WA 98001-2446

ISOMEDIA, INC.
PO BOX 2228
SEATTLE, WA 98111-2228

J. BRIAN SCOTT CONSULTING
3836 SOUTH COMO
MERIDIAN, ID 83642-1446

J.T. MFG/JOHN TRONSDAL
20814 BULSON RD
MOUNT VERNON, WA 98274-8030

JIM NELSON
16800 CHILBERG AVE
LA CONNER, WA 98257-8942

JOAN KOFFEL
1225 GILCREST STREET
WENATCHEE, WA 98801-8208

JOCELYN STAFFANSON
12918 DODGE VALLEY RD
MOUNT VERNON, WA 98273-3261

JOED P VALENCIA
1411 26TH ST
APT 207
MOUNT VERNON, WA 98273-2700

JOEL MERINO RAMIREZ
831 HOAG RD
MOUNT VERNON, WA 98273-5569

JOHN DEMO CONSULTING, INC.
1154 PENNINSULA DR
CHICO, CA 95928-3836

JOHN M VUKIC
2635 PERRY CT
ENUMCLAW, WA 98022-2339

JOHN ROOZEN
12362 AVON ALLEN RD
BURLINGTON, WA 98233-3587

JOHN ROSE
709 WEST BLAINE
SEATTLE, WA 98119-2929

JOHN VUKIC
2635 PERRY CT
ENUMCLAW, WA 98022-2339

JORDANO'S FOODSERVICE
550 SOUTH PATTERSON AVENUE
SANTA BARBARA, CA 93111-2498

JOSE A GARCIA
4613 SHUKSAN ST.
MOUNT VERNON, WA 98273-8931

JOSE F COVA LOPEZ
275 E WHITMARCH RD
MOUNT VERNON, WA 98273

JUAN MARTINEZ RAMIREZ
15395 PRODUCE LANE
MOUNT VERNON, WA 98273-8731

JULIO C GARCIA DELGADO
523 MOVILE DR
MOUNT VERNON, WA 98273-5549

JUSTIDIANO E NESTOR
802 S SMITH
SANTA MARIA, CA 93458-6194

Janice N Nelson
c/o Jim Nelson
16800 Chilberg Ave
La Conner WA 98257-8942

Jerry Danford Farms
9887 South County Rd 81
Gordon AL 36343-8047

John Francis Roozen
12362 Avon Allen Rd.
Burlington, WA 98233-3587

KALSEC
PO BOX 50511
KALAMAZOO, MI 49005-0511

KARL'S PAINTS
1515 FREEWAY DRIVE
MOUNT VERNON, WA 98273-2498

KARLA J. GULKE
20887 WEST BULSON RD
MOUNT VERNON, WA 98274-9509

KEN STAFFANSON
c/o Karen Staffason
21302 48th Ave W #A4
Mountlake Terrace WA 98043-3487

KEN'S RADIATOR
250 LILA LANE
ARLINGTON, WA 98223

KIRBY JOHNSON
16080 SNEE OOSH RD
LA CONNER, WA 98257-8932

KIRKPATRICK BROKERAGE COMPANY
2534 18TH ST
DENVER, CO 80211-3908

KOOL PAC, LLC
GENERAL ELECTRIC CAPITOL CORP
PO BOX 277724
ATLANTA, GA 30384-7724

KRISTA NELSON
19003 KENLAKE PI NE
KENMORE, WA 98028-3238

KRUSE FARMS
PO BOX 100
LA CONNER, WA 98257-0100

Kleins Kosher Pickle Company
4118 West Whitton
Phoenix, AZ 85019-3625

LA CONNOR AUTHO & MARINE
607 MORRIS ST.
LA CONNER, WA 98257

LABCORP OF AMERICA HOLDINGS
PO BOX 12140
BURLINGTON, NC 27216-2140

LANDSBERG
C/O JONATHAN NEIL & ASSOC
BOX 7000
TARZANA, CA 91357-7000

LARK KERLEE
13218 SATTERLEE RD
ANACORTES, WA 98221-8666

LARKIN J. KERLEE
13218 SATTERLEE ROAD
MOUNT VERNON, WA 98273

LARRY HANSON
17510 BEAVER MARSH ROAD
MOUNT VERNON, WA 98273-8813

LARSON GROSS
2211 RIMLAND DR
STE 422
BELLINGHAM, WA 98226-5699

LAWRENCE OIL COMPANY
845 N HIGHWAY 30
PO BOX 449
SAINT HELENS, OR 97051-0449

LEANN STANDRIDGE
PO BOX 1464
STANWOOD, WA 98292-1464

LEATHA M. SULLIVAN
PO BOX 248
CONCRETE, WA 98237-0248

LEE FARMS
18014 SKAGIT CITY ROAD
MOUNT VERNON, WA 98273-6508

(c)LEE INDUSTRIES
50 W PINE ST
PHILIPSBURG PA 16866-2430

LEGACY SALES & MARKETING, INC
772 WEST SOUTH TEMPLE
SALT LAKE CITY, UT 84104-1135

LEGRO & ASSOCIATES
815 CLEVELAND AVE
MOUNT VERNON, WA 98273-4230

LEPEL CORPORATION
W227 N937 WESTMOUND DRIVE
WAUKESHA, WI 53186-1647

LESOURD & PATTEN, P.S.
2401 ONE UNION SQUARE
600 UNIVERSITY STREET
SEATTLE, WA 98101-1176

LETICA CORPORATION
DEPT #771108
PO BOX 77000
DETROIT, MI 48277-2000

LEWIS HILL
17171 BEST RD
MOUNT VERNON, WA 98273-8886

LIBRADO HILARIO GRACIA
116 E SECTION ST
#101
MOUNT VERNON, WA 98273-4900

LITTAU HARVESTER
855 ROGUE AVE
STAYTON, OR 97383-9421

LONGVIEW FIBRE
PO BOX 24867
5901 EAST MARGINAL WAY S
SEATTLE, WA 98134-2492

Laboratory Corporation of America
c/o Johnson Legal Network PLLC
535 Wellington Way #380
Lexington KY 40503-1389

Landsberg
c/o Amcor
6600 Valley View St
Buena Park CA 90620-1145

Lawrence E. Hanson
17510 Beaver Marsh Rd
Mount Vernon, WA 98273-8813

Lawrence Oil
PO Box 449
St Helens OR 97051-0449

Letica Corporation
52585 DeQuindre Rd
PO Box 5005
Rochester MI 48308-5005

Longview Fibre Paper and Packaging Inc
PO Box 3000
Longview WA 98632-0300

M K FARMS
PO BOX 1271
BURLINGTON, WA 98233-0680

M&J COOLING
16402 JUNGQUIST ROAD
MOUNT VERNON, WA 98273-8865

M. J. ROSENMAYER COMPANY
449 SOUTH BEVERLY DRIVE
SUITE 213
BEVERLY HILLS, CA 90212-4428

MAGDALENA FELICIANO-TRINIDAD
205 N NORRIS #5
BURLINGTON, WA 98233-1042

MAIN INGREDIENT
CREATIVE CENTER LLC
PUBLISHERS FO MAIN INGREDIENT
8565 SW SALISH LANE, SUITE 135
WILSONVILLE, OR 97070-9674

MAIN STREET MARKETING BROKERAG
3723 N LOCUST GROVE RD
100
MERIDIAN, ID 83646-5924

MANUEL F CRUZ MIRANDA
707 URBAN
MOUNT VERNON, WA 98273

MANUEL FILIBERTO CRUZ MIRANDA
707 URBAN
MOUNT VERNON, WA 98273

MARCO ANTONIO VILLARREALBERNAL
2119 N 20TH PL, APT #2
MOUNT VERNON, WA 98273-2389

MARCOS SANCHEZ MARTINEZ
205 N NORRIS ST
APT 5
MOUNT VERNON, WA 98273

MARGARITA MATA
20340 SANCHEZ LN, B106
BURLINGTON, WA 98233-2171

MARGARITO LOPEZ RAMIREZ
1912 HARRISON ST
MOUNT VERNON, WA 98273-5233

MARIA GUADALUPE HUERTA
915 CRESTVIEW LANE #2
MOUNT VERNON, WA 98273-2417

MARK HEPOLA
4826 WEST FAULL DRIVE
NEW RIVER, AZ 85087-3083

MARTIN INVESTMENT LLC
1513 AZALEA TC
LYNDEN, WA 98264-9575

MAURA RAMIREZ REYES
831 HOAG RD
MOUNT VERNON, WA 98273-5569

MCDONALD WHOLESALE
PO BOX 2340
EUGENE, OR 97402-0122

MCKAY FARMS
19172 FRENCH PRAIRIE ROAD NE
SAINT PAUL, OR 97137-9730

MERIDIAN ART PRODUCTION, INC.
97 MACDOUGAL STREET
SUITE 2
NEW YORK, NY 10012-1259

METTLER TOLEDO, INC.
PO BOX 100682
PASADENA, CA 91189-0003

MIGUEL A LONGINES
6495 N GREED ROAD
BURLINGTON, WA 98233-8517

MIGUEL HERNANDEZ GARCIA
PO BOX 7027
SANTA MARIA, CA 93456-7027

MIKE HUDSON
PO BOX 6010
PETALUMA, CA 94955-6010

MIKE HULBERT
23104 Hwy 534
Conway WA  98274-7587

MIZKAN, INC.
1661 FREEHANVILLE DRIVE
SUITE 300
MOUNT PROSPECT, IL 60056-6031

MONEYTREE, INC.
PO BOX 58363
SEATTLE, WA 98138-1363

MORGANTI ENTERPRISES, LTD
17613 N 62ND DRIVE
GLENDALE, AZ 85308-3756

MOSS ADAMS CAPITAL, LLC
999 THIRD AVE
SUITE 2800
SEATTLE, WA 98104-4057

MOSS ADAMS, LLP
2200 RIMLAND DRIVE
SUITE 300
BELLINGHAM, WA 98226-6641

MOTOR WEST, INC.
PO BOX 1178
CALDWELL, ID 83606-1178

MOUNT VERNON TOWING
2218 CEDARDALE ROAD
MOUNT VERNON, WA 98274-9561

MOUNTAIN PACIFIC MACHINERY, IN
11705 SW 68TH AVE
PORTLAND, OR 97223-8544

MOUNTAIN VIEW PRODUCE
14359 DODGE VALLEY RD
MOUNT VERNON, WA 98273

Mark D Hepola
2740 36th St S #311
Moorhead MN 56560-8216

Mountain Pacific Machinery
12220 SW 1st St
Beaverton OR 97005-2889

NABOR CHOLULA RIVERA
1400 30TH ST
SP 46
MOUNT VERNON, WA 98273-5732

NACM Oregon
7931 NE Halsey St #200
Portland OR 97213-6799

NAPA AUTO PARTS
149 E. GEORGE HOPPER ROAD
BURLINGTON, WA 98233-3127

NICHOLAS & COMPANY
PO BOX 45005
SALT LAKE CITY, UT 84145-0005

NMHG FINANCIAL SERVICES
PO BOX 643749
PITTSBURGH, PA 15264-3749

NMHG Financial Services
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404-8247

NORTH AMERICAN SALT CO
9900 WEST 109TH ST
SUITE 600
OVERLAND PARK, KS 66210-1436

NORTHERN REFIRDGERATED TRANSPO
2700 WEST MAIN STREET
TURLOCK, CA 95380-9537

NORTHSTAR CHEMCIAL
PO BOX 6860
PORTLAND, OR 97228-6860

| | | |
|---|---|---|
| NORTHWEST CASCADE, INC.<br>PO BOX 73399<br>SAINT BENEDICT, OR 97373 | NORTHWEST LABEL<br>3225 20TH AVE W<br>SEATTLE, WA 98199-2301 | NORTHWEST PAPER<br>BOX 5617<br>BASIN AVE<br>PORTLAND, OR 97228 |
| NORTHWEST TRANSPLANTS<br>32300 S DRYLAND ROAD<br>MOLALLA, OR 97038-9537 | NORTON PACKAGING, INC.<br>20670 CORSAIR BLVD<br>HAYWARD, CA 94545-1008 | NYK LOGISTICS & MEGACARRIER<br>8295 TOURNAMENT DRIVE<br>SUITE 150<br>MEMPHIS, TN 38125-8900 |
| North American Salt Company<br>c/o Law Office of J Michael Lovejoy PS<br>PO Box 25340<br>Seattle WA  98165-2240 | Northwest Transplants<br>C/O Stephen A. Bernheim<br>512 Bell Street<br>Edmonds, WA  98020-3147 | OBC NORTHWEST<br>PO BOX 759<br>CANBY, OR 97013-0759 |
| ONE PACIFIC COAST BANK<br>1438 WEBSTER ST<br>SUITE 100<br>BIRDS LANDING, CA 94512 | ONE SOURCE FOOD PACKAGING<br>11314 210 AVE CT EAST<br>BONNEY LAKE, WA 98391-6660 | ORTHODOX UNION<br>11 BROADWAY, 14TH FLR<br>NEW YORK, NY 10004-1315 |
| OSBORNE INTL SEED CO<br>2428 OLD HWY 99 S<br>MOUNT VERNON, WA 98273-9094 | OVERHEAD DOOR CO OF BELLINGHAM<br>202 OHIO STREET<br>BELLINGHAM, WA 98225-4536 | One PacificCoast Bank, FSB<br>c/o Brad T Summers<br>Ball Janik LLP<br>101 SW Main St Ste 1100<br>Portland OR 97204-3219 |
| PACIFIC COAST CHEMCIALS<br>2424 FOURTH ST<br>BERKELEY, CA 94710-2489 | PACIFIC MOBILE STRUCTURES, INC<br>PO BOX 1404<br>CHEHALIS, WA 98532-0350 | PACIFIC TRAILS LOGISTICS<br>PO BOX 1141<br>YAKIMA, WA 98907-1141 |
| PAKTECH<br>1680 IRVING RD<br>EUGENE, OR 97402 | PAN AMERICAN PRODUCE COMPANY<br>PO BOX 2127<br>MCALLEN, TX 78505-2127 | PATRICIA L STAVIG<br>3711 W 6TH<br>ANACORTES, WA 98221-1230 |
| PAUL HOWARD<br>29330 40TH AVE NW<br>STANWOOD, WA 98292-9442 | PAULINA REYES<br>205 N NORRIS<br>#3<br>BURLINGTON, WA 98233-1042 | PERRY PALLETS<br>7200B DELTA LINE RD<br>FERNDALE, WA 98248 |
| PICKLE PACKERS INTERNATIONAL<br>ATTN: BRIAN BURSIEK<br>1620 STREET NW<br>SUITE 925<br>WASHINGTON, DC 20006 | PIONEER PACKAGING<br>PO BOX 34048<br>SEATTLE, WA 98124-4048 | PIRKLE LAW FIRM, INC. P.S.<br>321 W. WASHINGTON ST.<br>UPTOWNE CENTER, SUITE 300<br>MOUNT VERNON, WA 98273-3869 |
| PISTON SERVICE OF ANACORTES<br>1020 12TH ST<br>ANACORTES, WA 98221-2102 | PITNEY BOWES, INC.<br>PO BOX 371896<br>PITTSBURGH, PA 15250-7896 | PLASTIC NEWS<br>1155 GRATIOT AVE<br>DETROIT, MI 48207-2732 |

PLATT ELECTRIC SUPPLY
2301 MARKET ST
MOUNT VERNON, WA 98273-5419

PLUNKETT TRUCKING
8419 ST E
MUKILTEO, WA 98275

POLYBOTTLE GROUP LIMITED
7464 132ND STREET
BC, V3W 4M7

PORT SIDE TRUCKING, INC.
PO BOX 94281
SEATTLE, WA 98124-6581

PRECISION LABEL
4201 MERIDIAN ST
SUITE 107
BELLINGHAM, WA 98226-5532

PRINT STREAM
2226 MARKET ST
MOUNT VERNON, WA 98273-5451

PRINTING CONTROL GRAPHICS
1011 ANDOVER PARK EAST
SEATTLE, WA 98188-7651

PRO- WESTERN PLASTICS, LTD
PO BOX 2 61
ST. ALBERT, AB T8N 1N3

PRO-TEL SERVICES
3389 SW GRIENTJES LANE
OAK HARBOR, WA 98277-8158

PROJECT RESOURCES INTL
1201 BASIN ST
WARDEN WA 98857-9475

PUGET SOUND ENERGY
BOT 01H
PO BOX 91269
BELLEVUE, WA 98009-9269

PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE, WA 98009-9269

PUMP TECH, INC.
12020 SE 32ND STREET
SUITE 2
BELLEVUE, WA 98005-4135

Pacific Trail Logistics LLC
Jeffrey C Wishko
P O Box 5397
Everett WA 98206-5397

Pacific Trail Logistics, LLC
c/o Jeffrey C. Wishko
Anderson Hunter Law Firm
P.O. Box 5397
Everett, WA 98206-5397

Pacific Trail Logistics, LLC
c/o Jeffrey C. Wishko
P. O. Box 5397
Everett, WA 98206-5397

Peggy Barlett
780 N Water Street
Milwaukee WI 53202-3512

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563

Pleasant Valley Farms
13459 Dodge Valley Road
Mt. Veron, WA 98273-3211

Pro-Western Plastics Ltd
30 Riel Dr
St Albert, Alberta
Canada T8N327

Puget Sound Energy
Closed Accts Dept - BOT-01G
PO BOX 97034
Bellevue, WA 98009-9734

REB Inc
dba Parker Printer Services
PO BOX 298
Snohomish, WA 98291-0298

REGENCE BLUE SHEILD
PO BOX 3000
TACOMA, WA 98401-3000

RICHARD SMITH
18495 Dike Rd
Mount Vernon WA 98273-6520

RICHARD STEINFELD
27875 SW Ladd Hill Rd
Sherwood OR 97140-9055

RIVER POINT FARMS LLC
115 W HERMISTON AVE
#240
HERMISTON, OR 97838-1759

RJ'S TRUCK BROKERAGE INC
PO BOX 2065
HAMILTON, MT 59840-4065

ROBERT W WOLLIN
1189 LEAHY DRIVE
COUPEVILLE, WA 98239-9726

ROD DAHL
C/O DAHL VALLEY ELECTRIC
521 EAST VICTORIA
BURLINGTON, WA 98233-1241

ROGELIO RUIZ
212 W CLEVELAND AVE #A MADERA
MADERA, CA 93638-2605

ROQUE ENGINEERING LLC
20196 E STACKPOLE RD
MOUNT VERNON, WA 98274-7709

ROY N CARLSON, INC.
PO BOX 725
STANWOOD, WA 98292-0725

RSC EQUIPMENT RENTAL
1301 E. COLLEGE WAY
MOUNT VERNON, WA 98273-5618

RSF Mezzanine Fund LP
attn Joe Avenatti
1002 O'Reilly Ave
San Francisco, CA 94129-5257

RSF SOCIAL FINANCE
1002A O'REILLY AVE
SAN FRANCISCO, CA 94129-1101

RUFINA MERINO
822 32ND PL
#B
MOUNT VERNON, WA 98273

Robert Half Financing and Accounting
Attn: Karen Lima
PO Box 5024
San Ramon CA 94583-5024

Rod Dahl
13394 Bridgeview Way
Mount Vernon WA 98273-7271

S.A. MILLIGAN COMPANY
3250 B STREET
SUITE E
AUBURN, WA 98001-1725

SAKUMA BROTHERS
17709 COOK RD
BURLINGTON, WA 98233

SALES WEST MARKETING, INC.
4214 WEST 8370 SW
WEST JORDAN, UT 84088-5907

SATURNINO ROJAS CRUZ
1411 NORTH 26TH ST
#250
MOUNT VERNON, WA 98273-6417

SCHMIDT BROTHERS
PO BOX 744
LA CONNER, WA 98257-0744

SCHOOL NUTRITION ASSOC.  OF UT
811 EAST BRIGHAM RD
SAINT GEORGE, UT 84790-8430

SEOMA LLP
PO BOX 2429
SNOHOMISH, WA 98291-2429

SHANE FARMS AKA TREE HOUSE
18019 BRADSHAW RD
MOUNT VERNON, WA 98273-8879

SHARON THIESSEN
4606 152ND ST E
TACOMA, WA 98446-3912

SHAWNA E HOWARD
29330 40TH AVE NW
STANWOOD, WA 98292-9442

SIXTO I LARRETA
1132 E ORANGE AVE
BURLINGTON, WA 98233-2324

SKAGIT COUNCIL OF GOVERNMENTS
PO BOX 518
MOUNT VERNON, WA 98273-0518

SKAGIT COUNTY TREASURER
PO BOX 518
MOUNT VERNON, WA 98273-0518

SKAGIT FARMERS SUPPLY
PO BOX 266
BURLINGTON, WA 98233-0266

SKAGIT PUD
1415 FREEWAY DRIVE
MOUNT VERNON, WA 98273-2429

SMILEY'S INC.
PO BOX 737
MOUNT VERNON, WA 98273-0737

SNOWLINE REFRIDGERATION
PO BOX 2844
15633 LANGE ROAD
MOUNT VERNON, WA 98273-8082

SOFIA MARQUEZ-GUZMAN
1920 HARRISON ST
MOUNT VERNON, WA 98273-5233

SOILTEST FARM CONSULTANTS, INC
2925 DRIGGS
MOSES LAKE, WA 98837-4517

SOUND SAFTEY PRODUCTS, INC.
3602 BROADWAY
EVERETT, WA 98201-5028

SPRAUGE
PO BOX 2222
TACOMA, WA 98401-2222

STAFFANSON FARMS, INC.
12918 DODGE VALLEY RD
MOUNT VERNON, WA 98273-3261

STEVE LUTOVSKY
PO BOX 533
STANWOOD, WA 98292-0533

SUMMIT PACKAGING, INC.
3010 HARBORVIEW DRIVE
SUITE 202
GIG HARBOR, WA 98335-1977

SUNG H. YOUNG
c/o Benjamin Lee
18502 Valentine Rd
Mount Vernon WA 98273-7178

SUNLAND BARK & TOPSOIL CO
12469 RESERVATION RD
ANACORTES, WA 98221-9302

SUPER DUPER FOODS
17768 STATE ROUTE 536
MOUNT VERNON, WA 98273-8754

SUSAN ESOLA
C/O BEN LEE
18502 VALENTINE RD
MOUNT VERNON, WA 98273-7178

SUSTAINABLE LOGISTICS
20055 SW PACIFIC HWY #207
SHERWOOD, OR 97140-9310

SWEETENER PRODUCTS, INC.
Attn: Jim Boltinghouse
PO Box 58426
Vermon CA 90058-0426

SYSCO CORPORATION
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077-2099

SYSTEM TRANSFER & STORAGE
2400 SIXTH AVE S.
SEATTLE, WA 98134-2093

SalesWest Inc
c/oBayard PA Attn: Jamie Edmonson
222 Delaware Ave #900
Wilmington DE 19801-1611

Sloan G. Johnson
PO Box 854
La Conner, WA 98257-0854

Staffanson Harvesting Inc
c/o International Belt & Rubber Supply
12320 SE 32nd St
Auburn WA  98001

State of Washington, Dept of Ecology
Attorney General's Office-Ecology D
Attn: Lee Overton, Assistant Attorney Ge
PO Box 40117
Olympia WA  98504-0117

Stephen & Diane Lutovsky
8116 Wayne Ave
Stanwood WA 98292-7877

Sterling Transportation
c/o Fitch Law Group PC
210 SW 5th St #2
Redmond OR 97756-2136

Sweetener Products Inc
c/o Leslie Horowitz
800 Wilshire Blvd 12th Fl
Los Angeles CA 90017-2604

TAYLOR MADE LABELS
PO BOX 2189
LAKE OSWEGO, OR 97035-0056

TENKA FLEXIBLE PACKAGING
13640 REDMOND CT
CHINO, CA 91710

THE REPAIR SHOP
10731 SR 530 NE
ARLINGTON, WA 98223-8173

TIC GUM, INC.
4609 RICHLYN DRIVE
BELCAMP, MD 21017-1228

TK ENTERPRISES
430 91ST AVE NE
SUITE 9
LAKE STEVENS, WA 98258-2534

TMG LOGISTICS INC.
2750 PEACE PORTAL DRIVE
#C
BLAINE, WA 98230-8066

TOTAL QUALITY LOGISTICS
PO BOX 634558
1701 EDISON DRIVE
MILFORD, OH 45150-2728

TRICORBRAUN
PO BOX 60000
SAN FRANCISCO, CA 94160-0001

TRILOGY FLAVORS
PO BOX 62465
BALTIMORE, MD 21264-2465

TULIP VALLEY INN
2200 FREEWAY DR
MOUNT VERNON, WA 98273-5480

Transmission Outlet
285 Lila Lane
Burlington, WA 98233-3320

TricorBraun
6 City Place Dr #1000
St Louis MO  63141

U LINE
2200 S LAKESIDE DR
WAUKEGAN, IL 60085-8311

UESUGI FARMS
1020 STATE HIGHWAY 25
GILROY, CA 95020-8074

UNI PRO FOOD SERVICE, INC
PO BOX 405762
ATLANTA, GA 30384-5700

UNIFIED WESTERN GROCERS
PO BOX 60753
LOS ANGELES, CA 90060-0753

UNITED STATES TAX COURT
400 SECOND STREET NW Q
WASHINGTON, DC 20217-0001

URM
PO BOX 3365
SPOKANE, WA 99220-3365

US BANK
1508 RIVERSIDE DR
MOUNT VERNON, WA 98273-2444

US FOODS
PO BOX 29283
PHOENIX, AZ 85038-9283

Uesugi Farms, Inc.
c/o Patricia J. Rynn
Rynn & Janowsky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2451

UniPro Foodservice, Inc.
2500 Cumberland PKY
Syite 600
Atlanta, GA 30339-3942

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101-4438

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VICTOR M AGUILAR
922 N LAVENTURE RD #28
MOUNT VERNON, WA 98273

VISION MARKETING
PO BOX 985
REDMOND, WA 98073-0985

VIVION, INC.
929 BRANSTEN RD
SAN CARLOS, CA 94070-4073

WA DEPT OF AG ORGANIC FOOD
PO BOX 42591
OLYMPIA, WA 98504-2591

WA DEPT OF HEALTH
PO BOX 1099
OLYMPIA, WA 98507-1099

WA DEPT OF LABOR
525 EAST COLLEGE WAY
SUITE H
MOUNT VERNON, WA 98273-5500

WA DEPT OF LICENSING
SKAGIT COUNT AUDITOR
PO BOX 1306
MOUNT VERNON, WA 98273-1306

WA DEPT OF LICENSING
WEIGHTS AND MEASURES
PO BOX 9034
OLYMPIA, WA 98507-9034

WA Department of Revenue
Attn: Susan Roland
2101 4th Ave, Ste 1400
Seattle, WA 98121-2300

WA STATE DEPT OF AGRICULTURE
PO BOX 42591
OLYMPIA, WA 98504-2591

WA STATE DEPT. OF REVENUE
1904 HUMBOLDT ST STE A
PO BOX 1176
BELLINGHAM, WA 98227-1176

WA STATE DEPT. OF REVENUE
P.O. BOX 34053
SEATTLE, WA 98124-1053

WA STATE DEPT. OF REVENUE
SEATTLE BANKRUPTCY UNIT
2104 FOURTH AVENUE, SUITE 1400
ATTN: SUE ROLAND
SEATTLE, WA 98121-2308

(p)WA STATE DEPT OF LABOR & INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

WASHINGTON DEPT. OF ECOLOGY
CASHIERING UNIT
PO BOX 47611
OLYMPIA, WA 98504-7611

WASHINGTON FEDERAL SAVINGS
COMMERCIAL LOAN SERVICING
520 PIKE STREET
SEATTLE, WA 98101-4099

WASHINGTON LETTUCE TRUCKING CO
13225 FARM TO MARKET RD
MOUNT VERNON, WA 98273-8706

WASTE MANAGEMENT OF SKAGIT
PO BOX 78251
PHOENIX, AZ 85062-8251

WESMAR COMPANY
5720 204TH ST SW
LYNNWOOD, WA 98036-7554

```
WESTERN PRINT SYSTEMS, INC.        WESTSIDE TIRE CENTER              WHATCOM FARMERS CO-OP
1313 BONNEVILLE AVE                1003 W DIVISION                  PO BOX 611
SUITE 103                          MOUNT VERNON, WA 98273-3227      LYNDEN, WA 98264-0611
SNOHOMISH, WA 98290-2092


WHITE SPOT                         WHOLE FOODS                      WISARDS OF OOZE
1126 SE MARINE DR                  20025 PNW DISTRIBUTION CENTER    1004 COMMERCIAL AVE
VANCOUVER BC V5X 2V7               4250 EAST MARGINAL WAY SOUTH     #102
                                   SEATTLE, WA 98134-1137           ANACORTES, WA 98221-4117


WSDA ORGANIC FOOD PROGRAM          Washington State Employment Security Departm    Willoughby Farms
PO BOX 42591                       P.O. Box 9046                    12795 E County Rd 8
OLYMPIA, WA 98504-2591             Olympia, WA 98507-9046           Gordon AL 36343-5003


Y HATA & CO.                       YALE FINANCIAL SERVICES          YRC, INC.
PO BOX 45005                       PO BOX 643749                    PO BOX 730375
SALT LAKE CITY, UT 84145-0005      PITTSBURGH, PA 15264-3749        DALLAS, TX 75373-0375


ZACHARY SCOTT & CO                 ZENDER THURSTON                  Zachary Mosner, Assist. Attorney General
1200 FIFTH AVE, SUITE 1500         1700 D STREET                    800 5th Ave #2000
SEATTLE, WA 98101-3147             PO BOX 5226                      Seattle WA  98104-3188
                                   BELLINGHAM, WA 98227-5226


Arlene W Empie                     Ben Lee                          Craig and Jocelyn Staffanson
Post Office Box 784                c/o Bucknell Stehlik             c/o Bucknell Stehlik
LaConner, WA 98257-0784            2003 Western Ave. #400           2003 Western Ave, #400
                                   Seattle, WA 98121-2142           Seattle, WA 98121-2142


J Brian Scott                      John Falkner                     John F. Roozen
                                   35100 State Road  64 East        c/o Lawrence Cock
                                   Myakka City, FL 34251-9228       Cable Langenbach Kinerk & Bauer
                                                                    1000 Second Avenue
                                                                    Suite 3500
                                                                    Seattle, WA 98104-1063


Stephen A Burnham
Campbell Dille Barnett Smith PLLC
317 S Meridian
Puyallup, WA 98371-5913
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FRONTIER                           WA State Department of Labor & Industries
PO BOX 20550                       Bankruptcy Unit
ROCHESTER, NY 14602                PO Box 44171
                                   Olympia WA 98504-4171
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

LEE INDUSTRIES
514 W PINE STREET
PHILIPSBURG, PA 16866

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Inveris Partners LLC

(u)Official Committee of Unsecured Creditors

(d)Elmer and Mabel Martin
PO Box 344
Burlington, WA 98233-0344

(u)HMB TRUCKING
PO BOX 580998
WA 98578

(u)Washington Federal

(u)Don Gustafson

(d)Doyle Schmidt
c/o Belcher Swanson Law Firm
900 Dupont Street
Bellingham, WA 98225-3105

(d)Lawrence E. Hanson
17510 Beaver Marsh Rd.
Mount Vernon, WA 98273-8813

End of Label Matrix
Mailable recipients    471
Bypassed recipients      8
Total                  479