# EXHIBIT 2




# INVOICE

REMIT TO:
**DOUBLE TREE CASTLE, INC.**
P.O. Box 4433
Rio Rico, Az. 85648
Ph: (520) 761-1110
Fax: (520) 761-1122

CUSTOMER ID:
PO #:
SHIPPED FROM: Rio Rico, AZ
FREIGHT TERMS: Rio Rico, AZ

INVOICE NO.: **10830**
INVOICE DATE: 06/28/13
PAYMENT TERMS: PACA Prompt
SHIPPING DATE: 06/28/13

SOLD TO:
Pleasant Valley Farms
13459 Dodge Valley Rd.
MT. Vernon, WA
98273

SHIP TO:
SAME

OUR ORDER NO.:　　SALESMAN:　　ROUTING:　　B/L NO.: **9047**
BROKER:　　INSPECTION:　　LICENSE NO.:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| Mild Yellow Banana Peppers Destemmed | 37,380 | 0.300 | Lbs | 11,214.00 |

We appreciate your business!!

PLEASE PAY　11,214.00

* TERMS AND CONDITIONS
* PAYMENT TERMS NET 10 DAYS FROM DATE OF ACCEPTANCE.
* The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
* NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.
* ANY VARIANCE NOTED BY RECEIVER AS TO QUANTITY OR PRICE MUST BE BROUGHT TO OUR ATTENTION WITHIN 24 HOURS AFTER RECEIPT OF INVOICE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS WE ARE NOTIFIED AS HEREIN STATED.
* IN THE EVENT IT BECOMES NECESSARY TO INITIATE ANY LEGAL ACTION, INCLUDING ARBITRATION, TO COLLECT THE BALANCE DUE ON THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL REASONABLE ATTORNEY FEES AND COSTS INCURRED THEREBY.
* ANY AMOUNT PAST DUE 30 DAYS WILL BE CHARGED INTEREST EQUAL TO 18% PER ANNUM.
* In no event shall the price for any tomatoes accepted fall below the reference price established by the U.S. Department of Commerce Suspension Agreement dated October 28, 1996, the clarification of the Suspension Agreement dated May 2, 1997, and the Amendments to the Suspension Agreement dated August 6, 1998, signed by the grower/exporter of these tomatoes or any later, amendments, modifications or clarifications.

No claims will be accepted for failure to meet suitable shipping conditions unless made and supported in accordance with the clarification to the Suspension Agreement issued by the U.S. Department of Commerce (DOC) on May 2, 1997. Most importantly, no claims for conditions defects will be accepted unless supported by an unrestricted USDA inspection, called for no more than six (6) hours from the time of arrival, indicating that the lot has (i) over 8% soft/decay condition defects, or (ii) over 15% of any one condition defect or (iii) greater than 20% total condition defects. In those circumstances, the receiver may elect to reject the portion of the lot indicated as defective on the USDA inspection certificate. Tomatoes rejected must be disposed of and not resold. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as for certain of the expenses of salvaging and reconditioning the lost lot as specified in the DOC clarification.

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court cost and reasonable attorney fees incurred thereby as damages in addition to any principal balance then remaining due.

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. part 134 provide that articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article.

Payment Terms:




# INVOICE

**REMIT TO:**
**DOUBLE TREE CASTLE, INC.**
P.O. Box 4433
Rio Rico, Az. 85648
Ph: (520) 761-1110
Fax: (520) 761-1122

| | |
|---|---|
| CUSTOMER ID: | |
| PO #: | 56616 |
| SHIPPED FROM: | Rio Rico, AZ |
| FREIGHT TERMS: | Rio Rico, AZ |

| | |
|---|---|
| INVOICE NO.: | 10866 |
| INVOICE DATE: | 07/08/13 |
| PAYMENT TERMS: | PACA Prompt |
| SHIPPING DATE: | 07/08/13 |

**SOLD TO:**
Pleasant Valley Farms
13459 Dodge Valley Rd.
MT. Vernon, WA
98273

**SHIP TO:**
SAME

OUR ORDER NO.:  SALESMAN:  ROUTING:  B/L NO.: 9066
BROKER:  INSPECTION:  LICENSE NO.:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| Mild Yellow Banana Peppers Destemmed | 37,130 | 0.310 | Lbs | 11,510.30 |

We appreciate your business!!

**PLEASE PAY** 11,510.30

* TERMS AND CONDITIONS
* PAYMENT TERMS NET 10 DAYS FROM DATE OF ACCEPTANCE.
* The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
* NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.
* ANY VARIANCE NOTED BY RECEIVER AS TO QUANTITY OR PRICE MUST BE BROUGHT TO OUR ATTENTION WITHIN 24 HOURS AFTER RECEIPT OF INVOICE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS WE ARE NOTIFIED AS HEREIN STATED.
* IN THE EVENT IT BECOMES NECESSARY TO INITIATE ANY LEGAL ACTION, INCLUDING ARBITRATION, TO COLLECT THE BALANCE DUE ON THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL REASONABLE ATTORNEY FEES AND COSTS INCURRED THEREBY.
* ANY AMOUNT PAST DUE 30 DAYS WILL BE CHARGED INTEREST EQUAL TO 18% PER ANNUM.

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. part 134 provide that articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article.



# INVOICE

**REMIT TO:**
**DOUBLE TREE CASTLE, INC.**
P.O. Box 4433
Rio Rico, Az. 85648
Ph: (520) 761-1110
Fax: (520) 761-1122

| | |
|---|---|
| CUSTOMER ID: | |
| PO #: | 56617 |
| SHIPPED FROM: | Rio Rico, AZ |
| FREIGHT TERMS: | Rio Rico, AZ |

| | |
|---|---|
| INVOICE NO.: | 10868 |
| INVOICE DATE: | 07/11/13 |
| PAYMENT TERMS: | PACA Prompt |
| SHIPPING DATE: | 07/11/13 |

**SOLD TO:** Pleasant Valley Farms
13459 Dodge Valley Rd.
MT. Vernon, WA
98273

**SHIP TO:** SAME

OUR ORDER NO.:  SALESMAN:  ROUTING:  B/L NO.: 9068
BROKER:  INSPECTION:  LICENSE NO.:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| Red Jalapeño Peppers Destemmed | 39,740 | 0.300 | Lbs | 11,922.00 |

We appreciate your business!!

**PLEASE PAY** 11,922.00

* TERMS AND CONDITIONS
* PAYMENT TERMS: NET 10 DAYS FROM DATE OF ACCEPTANCE.
* The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
* NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.
* ANY VARIANCE NOTED BY RECEIVER AS TO QUANTITY OR PRICE MUST BE BROUGHT TO OUR ATTENTION WITHIN 24 HOURS AFTER RECEIPT OF INVOICE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS WE ARE NOTIFIED AS HEREIN STATED.
* IN THE EVENT IT BECOMES NECESSARY TO INITIATE ANY LEGAL ACTION, INCLUDING ARBITRATION, TO COLLECT THE BALANCE DUE ON THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL REASONABLE ATTORNEY FEES AND COSTS INCURRED THEREBY.
* ANY AMOUNT PAST DUE 30 DAYS WILL BE CHARGED INTEREST EQUAL TO 18% PER ANNUM.
* In no event shall the price for any tomatoes accepted fall below the reference price established by the U.S. Department of Commerce Suspension Agreement dated October 28, 1996, the clarification of the Suspension Agreement dated May 2, 1997, and the Amendments to the Suspension Agreement dated August 6, 1998, signed by the grower/exporter of these tomatoes or any later, amendments, modifications or clarifications.

No claims will be accepted for failure to meet suitable shipping conditions unless made and supported in accordance with the clarification to the Suspension Agreement issued by the U.S. Department of Commerce (DOC) on May 2, 1997. Most importantly, no claims for conditions defects will be accepted unless supported by an unrestricted USDA inspection, called for no more than six (6) hours from the time of arrival, indicating that the lot has (i) over 8% soft/decay condition defects, or (ii) over 15% of any one condition defect, or (iii) greater than 20% total condition defects. In those circumstances, the receiver may elect to reject the portion of the lot indicated as defective on the USDA inspection certificate. Tomatoes rejected must be disposed of and not resold. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as for certain of the expenses of salvaging and reconditioning the lot lot as specified in the DOC clarification.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

In the event legal action is commenced to collect the sums due under this invoice, the prevailing party shall be entitled to recover all court cost and reasonable attorney fees incurred thereby as damages in addition to any principal balance then remaining due.

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. part 134 provide that articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article.

Payment Terms: